IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 04-0179 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 7th day of March, 2005, I did cause one true and correct copy of **Plaintiff Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corporation's Second Requests for Admission (Nos. 12-26) to Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc.** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS:**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801


Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

                                                   **CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: March 14, 2005                         _____/s/Jeffrey B. Bove_____
                                                     Rudolf E. Hutz (#484)
                                                     Jeffrey B. Bove (#998)
                                                     Connolly Bove Lodge & Hutz LLP
                                                     The Nemours Building
                                                     1007 North Orange Street
                                                     P.O. Box 2207
                                                     Wilmington, DE  19899-2207
                                                     (302) 658-9141
                                                     (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

## **CERTIFICATE OF SERVICE**

I, hereby certify that on March 14, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I hereby certify that on March 14, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
Frank D. Rodriguez, Esquire
Michael W. Choi, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

_____/s/Jeffrey B. Bove_____
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
jbove@cblh.com

380674_1