IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BAYER AG, BAYER HEALTHCARE AG, :
and BAYER PHARMACEUTICALS :
CORPORATION, :
               Plaintiffs, :
    v.                              :   Civil Action No. 04-179-SLR
DR. REDDY'S LABORATORIES LTD. and :
DR. REDDY'S LABORATORIES, INC., :
               Defendants. :

**ORDER**

At Wilmington this **15th** day of **March, 2005**.

IT IS ORDERED that the teleconference scheduled for **Friday, March 18, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case the parties' interest in court-assisted ADR as been **cancelled** at the express request of the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE