IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.: 04-0179 SLR |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 1st day of April, 2005, Counsel for Plaintiffs did cause one true and correct copy of **Plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corporation's Second Set of Interrogatories to Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc.** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: April 7, 2005

/s/ Jeffrey B. Bove
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on April 7, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on April 7, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
Frank D. Rodriguez, Esquire
Michael W. Choi, Esquire
**BUDD LARNER, P.C.**
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078

/s/ Jeffrey B. Bove
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
jbove@cblh.com

390154_1