## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | : : : |
| Defendants. | : : |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | : : : : |
| Counterclaim Plaintiffs, | : : |
| v. | : : |
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, | : : : : |
| Counterclaim Defendants. | : : |

C.A. No. 04-179 (SLR)

## <u>REDDY'S NOTICE OF 30(b)(6) DEPOSITION OF BAYER</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy"), will take a deposition upon oral examination of plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corp. (collectively "Bayer"), by one or more of its officers, directors or managing agents, or other person who consents to testify on its behalf, commencing at 9:30 a.m. on May 3, 2005 at the offices of William & Connolly LLP, 725 Twelfth Street, Washington, D.C. 20005, or at another mutually agreed place and time, and continuing day-to-day until

completed, concerning the matters set forth in the attached Schedule A.  Testimony shall

be taken before a notary public or other person authorized to administer oaths and shall

be recorded by stenographic means and/or videotape.

You are invited to attend and participate.


OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
Alan Pollack, Esq.
BUDD LARNER P.C.
150 John F. Kennedy Parkway CN 1000
Short Hills, NJ 07078-0999
Tel: (973) 379-4800

Dated:  April 20, 2005

POTTER ANDERSON & CORROON LLP

By: _____
         Richard L. Horwitz (#2246)
         David E. Moore (#3983)
         Hercules Plaza, 6th Floor
         1313 North Market Street
         Wilmington, Delaware 19801
         Tel: (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's*
*Laboratories, Inc.*

**SCHEDULE A**

**DEPOSITION TOPICS**

1.    Unexpected results or properties of moxifloxacin over prior art compounds or compounds disclosed in U.S. Patent No. 4,990,517 ("the '517 patent);

2.    Testing of moxifloxacin in comparison with prior art compounds or compounds disclosed in the '517 patent; and

3.    Testing of phototoxicity of fluoroquinolones as described in the declaration of Klaus-Dieter Bremm submitted to the Patent Office in Serial No. 08/026,906 and U.S. Patent No. 5,607,942.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 20, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on April 20, 2005, I have federal expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083