IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-179 (SLR) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of the following documents were caused to be served on May 5, 2005 upon the following attorneys of record at the following addresses as indicated:

1. Dr. Reddy's Second Set of Requests for Admission (Nos. 25-50) to Bayer;

2. Dr. Reddy's Second Request for the Production of Documents and Things (Nos. 82-83) to Bayer; and

3. Dr. Reddy's Fourth Set of Interrogatories (Nos. 14-31) to Bayer.

**VIA HAND DELIVERY**

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**VIA FEDERAL EXPRESS**

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 2000

OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
Alan L. Chan
BUDD LARNER P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999
Tel: (973) 379-4800

Dated: May 5, 2005

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

681069

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 5, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 5, 2005, I have federal expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

                                           Richard L. Horwitz
                                           David E. Moore
                                           Potter Anderson & Corroon LLP
                                           Hercules Plaza – Sixth Floor
                                           1313 North Market Street
                                           P.O. Box 951
                                           Wilmington, DE  19899-0951
                                           (302) 984-6000
                                           rhorwitz@potteranderson.com
                                           dmoore@potteranderson.com

677083