IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 04-179 (SLR) |

## DR. REDDY'S SECOND NOTICE OF 30(b)(6) DEPOSITION OF BAYER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy"), will take a deposition upon oral examination of plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corp. (collectively "Bayer"), by one or more of its officers, directors or managing agents, or other person who consents to testify on its behalf, commencing at 9:30 a.m. on May 17, 2005 at the offices of William & Connolly LLP, 725 Twelfth Street, Washington, D.C. 20005, or at another mutually agreed place and time, and continuing day-to-day

until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic means and/or videotape.

    You are invited to attend and participate.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Louis H. Weinstein<br>Bruce D. Radin<br>Alan L. Chan<br>BUDD LARNER P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078-0999<br>Tel: (973) 379-4800<br><br>Dated: May 5, 2005 | By: _____<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs*<br>*Dr. Reddy's Laboratories, Ltd. and*<br>*Dr. Reddy's Laboratories, Inc.* |

681068

## SCHEDULE A
## DEPOSITION TOPICS

1. Drafting, filing, and prosecution for the following patents and applications:

U.S. Patent No. 4,990,517
U.S. Patent No. 5,059,597
U.S. Patent No. 5416,096
U.S. Patent No. 5,607,942
EP 0350733
EP 0757990
DE 3824072
DE 3906365

U.S. Patent No. 5,173,484
U.S. Application No. 298,459
DE 3803478.6
DE 3814517.0
EP 0326916

U.S. Patent No. 4,480,954
EP 0187376
DE 3500562
DE 3508816

Abandoned Application No. 08/026,906,

including, but not limited to any related applications thereto.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 5, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 5, 2005, I have federal expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

　　　　　　　　　　　　　　　　/s/ Richard L. Horwitz
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　dmoore@potteranderson.com

677083