IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>    Defendants and Counterclaimants. | Civil Action No. 04-179 (SLR) |

**NOTICE OF DEPOSITION OF DR. REDDY'S
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that commencing at 9:30 a.m. on May 26, 2005 at the offices of Budd Larner P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation, through their attorneys, will take the deposition of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Dr. Reddy's") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

At the time of the deposition, Dr. Reddy's shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Dr. Reddy's as to all information known or reasonably available to Dr. Reddy's regarding:

    1.    the decision to file an ANDA for moxifloxacin;

    2.    the process by which Dr. Reddy's identified moxifloxacin as a candidate for development as a generic product, including but not limited to any evaluations of the properties of moxifloxacin and other antibiotics;

3.  any evaluations of the validity of any patents relating to moxifloxacin;

4.  any novelty, patentability, validity, due diligence, freedom-to-operate or infringement search or investigation conducted by or on behalf of Dr. Reddy's relating to the subject matter of each of the patents-in-suit;

5.  the identity of any antibiotics other than moxifloxacin for which Dr. Reddy's has filed or has contemplated filing an ANDA;

6.  projections of the revenues and profits that Dr. Reddy's projects it will obtain from sales of a generic version of moxifloxacin;

7.  the preparation, filing, amending, and/or obtaining approval of Dr. Reddy's' ANDA No. 76-938;

8.  Dr. Reddy's' marketing or planned marketing of moxifloxacin in the United States, India and/or in any other country;

9.  the manufacture of Dr. Reddy's moxifloxacin product; and

10. any impurities or potential impurities in Dr. Reddy's moxifloxacin product, including any experiments related to identifying such impurities.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

Respectfully submitted,

Dated: May 11, 2005

_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2005, I caused a true and correct copy of the foregoing Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to be served by hand delivery upon:

>Richard L. Horwitz, Esq.
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6[th] Floor
>1313 North Market Street
>Wilmington, DE 19801

and by Federal Express upon:

>Louis H. Weinstein, Esq.
>Budd Larner P.C.
>150 John F. Kennedy Parkway
>Short Hills, NJ 07078

_____
Jeffrey B. Bove