IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-0179 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Jeffrey B. Bove, Esquire, hereby certify that on the 12th day of May, 2005, Counsel for Plaintiffs did cause one true and correct copy of **Plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corporation's Third Set of Interrogatories to Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc.** to be served upon the below-listed counsel of record as indicated below:

**VIA HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated:  May 18, 2005           ____/s/ Jeffrey B. Bove_____
  Rudolf E. Hutz (#484)
  Jeffrey B. Bove (#998)
  Connolly Bove Lodge & Hutz LLP
  The Nemours Building
  1007 North Orange Street
  P.O. Box 2207
  Wilmington, DE  19899-2207
  (302) 658-9141
  (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on May 18, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on May 18, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
Frank D. Rodriguez, Esquire
Michael W. Choi, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                               */s/ Jeffrey B. Bove*
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
jbove@cblh.com

396952