IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 04-179 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REDDY'S FOURTH NOTICE OF 30(b)(6) DEPOSITION OF BAYER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy"), will take a deposition upon oral examination of plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corp. (collectively "Bayer"), by one or more of its officers, directors or managing agents, or other person who consents to testify on its behalf, commencing at 8:00 a.m. on June 10, 2005 at the offices of Potter Anderson & Corroon LLP, 1313 N. Market Street, Wilmington, DE 19801, or at another mutually agreed place and time, and continuing

day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic means and/or videotape.

You are invited to attend and participate.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: /s/ |
| Louis H. Weinstein | Richard L. Horwitz (#2246) |
| Bruce D. Radin | David E. Moore (#3983) |
| BUDD LARNER P.C. | Hercules Plaza, 6th Floor |
| 150 John F. Kennedy Parkway | 1313 North Market Street |
| CN 1000 | Wilmington, Delaware 19801 |
| Short Hills, NJ 07078-0999 | Tel: (302) 984-6000 |
| Tel: (973) 379-4800 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: May 27, 2005 | |

*Attorneys for Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

684153

2

## SCHEDULE A
## DEPOSITION TOPICS

1. Past revenue, expenses and profitability, including without limitation sales and marketing expenses, for Avelox in the United States.

2. Any projections of future revenue, expenses and profitability, including without limitation sales and marketing expenses, for Avelox in the United States.

3. Any strategy to replace any drug containing ciprofloxacin with any drug containing moxifloxacin or moxifloxacin hydrochloride.

4. Any ANDA certifications or notice letters received by Bayer regarding any drug containing Moxifloxacin or moxifloxacin hydrochloride.

5. Any opinions or communications concerning the patentability of any patent listed in the orange book as covering any drug containing moxifloxacin or moxifloxacin hydrochloride that was transmitted to any person or entity not under Bayer AG's control.

6. The licensing of moxifloxacin, moxifloxacin hydrochloride or any drug containing those, including any communications to or from persons not under Bayer AG's control concerning the patentability or enforceability of any patents listed in the orange book as covering any drug containing moxifloxacin or moxifloxacin hydrochloride.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 27, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 27, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083