IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C. A. No. 04-179 (SLR) ) ) ) ) ) ) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**REDDY'S FIFTH NOTICE OF 30(b)(6) DEPOSITION OF BAYER**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy"), will take a deposition upon oral examination of plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corp. (collectively "Bayer"), by one or more of its officers, directors or managing agents, or other person who consents to testify on its behalf, commencing at 10:00 a.m. on June 6, 2005 and continuing at 9:00 a. on June 7, 2005 at the offices of William & Connolly LLP, 725 Twelfth Street, Washington, D.C. 20005, or at another mutually agreed place

and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic means and/or videotape.

You are invited to attend and participate.

OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999
Tel: (973) 379-4800

Dated: May 31, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

684354

2

# SCHEDULE A
# DEPOSITION TOPICS

1. Research at Bayer AG, and documents concerning such research, relating to molecules with a quinolone or naphthyridone nucleus and a pyrrolidinyl derivative at the 7 position.

2. Research at Bayer AG, and documents concerning such research, leading to and including the invention, conception or reduction to practice of any of the compounds or inventions disclosed or claimed in United States Patent Application 07/375,434.

3. Discussion, communication, reports, writings, presentations, knowledge, awareness or correspondence by, to or between any of the named inventors of United States Patent 4,990,517 on or before February 14, 1991 concerning any of the following publications or any disclosure therein:

    a. The Sankyo '206 Application (European Patent Application 0 214 206, SH_000001-008737 to 008925);

    b. The Dainippon Application (Japanese Application JP 60 126284, DRLMOX 009152 to 9159);

    c. The Abstract concerning AT-3295 from the 14th International Congress of Chemotherapy, June 23-28, 1985, Kyoto, Japan (copy of which was produced at BL005-23386) or the publication of AT-3295;

    d. Egawa et al. J. Med. Chem. 1984, *27*, 1543-1548 (see, BL005-022023 to 22028).

4. Meetings, writings, discussion and documentation concerning Bayer AG's quinolone project.

5. The practices, procedures, discussions, communications and documents by which members of the Bayer AG quinolone project learned of or communicated to each other knowledge of relevant patent literature and other publications by persons outside of Bayer AG.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 31, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 31, 2005, I have emailed and Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083