IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. <br><br>——————————————————<br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | C. A. No. 04-179 (SLR) |

## REDDY'S SIXTH NOTICE OF 30(b)(6) DEPOSITION OF BAYER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy"), will take a deposition upon oral examination of plaintiffs Bayer AG, Bayer Healthcare AG, and Bayer Pharmaceuticals Corp. (collectively "Bayer"), by one or more of its officers, directors or managing agents, or other person who consents to testify on its behalf, commencing at 9:00 a.m. on June 15, 2005 and continuing at 9:00 a. on June 16, 2005 at the offices of William & Connolly LLP, 725 Twelfth Street, Washington, D.C. 20005, or at another mutually agreed place

and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic means and/or videotape.

You are invited to attend and participate.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.*

OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999
Tel: (973) 379-4800

Dated: June 3, 2005

684885 / 27944

2

## SCHEDULE A
## DEPOSITION TOPICS

The drafting, filing, and prosecution of the following patent applications, patents and patent families (and any continuations, divisions or continuations in part) in Germany, the European Patent Office and the United States:

Patent Families Le A 26108 and Le A 26658, including without limitation
U.S. Patent No. 4,990,517
    U.S. Application No. 07/375,434
U.S. Patent No. 5,059,597
    U.S. Application No. 07/580,906
U.S. Patent No. 5416,096
    U.S. Application No.07/737,631
U.S. Patent No. 5,607,942
    U.S. Application No. 08/406,448
U.S. Application No. 08/026,906
EP 0350733
EP 0757990
DE 3824072
DE 3906365

Patent Families Le A 25727 and Le A 26058, including without limitation
U.S. Patent No. 5,173,484
    U.S. Application No. 07/298,459
DE 3803478
DE 3814517
EP 0326916

Patent Families Le A 23550 and Le A 23738, including without limitation
U.S. Patent No. 4,480,954
    U.S. Application No. 06/815,440
EP 0187376
DE 3500562
DE 3508816

and documents concerning the same.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 3, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 3, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083