IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>        Plaintiffs,<br><br>        v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-0179 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 6th day of June, 2005, Counsel for Plaintiffs did cause one true and correct copy of the following documents:

1) **Bayer's Objections and Responses to Dr. Reddy's Fourth Set of Interrogatories (Nos. 14-31);**

2) **Bayer's Objections and Responses to Dr. Reddy's Fifth Set of Interrogatories (Nos. 32-43);**

3) **Bayer's Objections and Responses to Reddy's Second Request for the Production of Documents and Things (Nos. 82-83); and**

4) **Bayer's Objections and Responses to Dr. Reddy's Second Set of Requests for Admission (Nos. 25-50)** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

                                               **CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: June 7, 2005                             ____/s/ Jeffrey B. Bove_____
                                                  Rudolf E. Hutz (#484)
                                                  Jeffrey B. Bove (#998)
                                                  Connolly Bove Lodge & Hutz LLP
                                                  The Nemours Building
                                                  1007 North Orange Street
                                                  P.O. Box 2207
                                                  Wilmington, DE 19899-2207
                                                  (302) 658-9141
                                                  (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

2

## **CERTIFICATE OF SERVICE**

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 7, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 7, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                                        */s/ Jeffrey B. Bove*
                                               **JEFFREY B. BOVE (# 998)**
                                               Connolly Bove Lodge & Hutz LLP
                                               The Nemours Building
                                               1007 North Orange Street
                                               P.O. Box 2207
                                               Wilmington, DE  19899-2207
                                               (302) 658-9141
                                               jbove@cblh.com

400020