IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants and Counterclaimants. | Civil Action No. 04-179 (SLR)<br><br>**REDACTED VERSION DI 63** |

## SECOND NOTICE OF DEPOSITION OF
## DR. REDDY'S PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on June 10, 2005 at the offices of Budd Larner P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation, through their attorneys, will take the deposition of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy's") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

At the time of the deposition, Reddy's shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Dr. Reddy's as to all information known or reasonably available to Reddy's regarding:

1.

**REDACTED**

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

Respectfully submitted,

Dated: June 8, 2005

_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2005, I caused a true and correct copy of the foregoing Redacted Version of the Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to be served by hand delivery upon:

> Richard L. Horwitz, Esq.
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19801

and by Federal Express upon:

> Louis H. Weinstein, Esq.
> Budd Larner P.C.
> 150 John F. Kennedy Parkway
> Short Hills, NJ 07078

_____
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)
jbove@cblh.com

400141