IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 04-179 (SLR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**STIPULATION AND ORDER**

It is hereby STIPULATED and ORDERED that:

1. This Stipulation and Order is not an admission, adjudication, finding or judgment of the validity or enforceability of any claim of United States Patent 4,990,517 or United States Patent 5,607,942.

2. The Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof),

554224

infringes each of claims 1, 2, 8, and 9 of United States Patent 4,990,517 to the extent such claim is valid and enforceable.

3. The Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof), does not infringe any of claims 3, 4, 5, 6, 7, or 10 of United States Patent 4,990,517.

4. The bulk active pharmaceutical ingredient of Reddy's DMF 16999 infringes each of claims 1 and 2 of United States Patent 4,990,517 to the extent such claim is valid and enforceable.

5. The bulk active pharmaceutical ingredient of Reddy's DMF 16999 does not infringe any of claims 3, 4, 5, 6, or 7, of United States Patent 4,990,517.

6. The bulk active pharmaceutical ingredient of Reddy's DMF 16999 does not infringe any of claims 10, 12 or 14 of United States Patent 4,990,517 when manufactured, sold, imported, exported or used for use in a product for humans.

7. The use of the Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof), when used in accord with any label submitted now or in the future in Reddy's ANDA 76-938 infringes each of claims 1, 2, 8, 9 and 11 of United States Patent 4,990,517 to the extent such claim is valid and enforceable.

8. The use of the Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof) of Reddy's ANDA 76-938, when used in humans does not infringe any of claims 3, 4, 5, 6, 7, 10, 12, 13 or 14 of United States Patent 4,990,517.

9. The Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof) infringes each of claims 1, 2, 3 and 4 of United States Patent 5,607,942 to the extent such claim is valid and enforceable.

10. The bulk active pharmaceutical ingredient of Reddy's DMF 16999 infringes each of claims 1, 2, 3 and 4 of United States Patent 5,607,942 to the extent such claim is valid and enforceable.

11. The bulk active pharmaceutical ingredient of Reddy's DMF 16999 does not infringe any of claims 6 or 8 of United States Patent 5,607,942 when manufactured, sold, imported, exported or used for use in a product for humans.

12. The use of the Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof), when used in accord with any label submitted now or in the future in Reddy's ANDA 76-938 infringes each of claims 1, 2, 3, 4, 5 and 7 of United States Patent 5,607,942 to the extent such claim is valid and enforceable.

13. The use of the Moxifloxacin Hydrochloride tablet product of Reddy's ANDA 76-938 (including modification to the formulation but not to the active ingredient thereof), when used in humans does not infringe any of claims 6 or 8 of United States Patent 5,607,942.

14. There is sufficient written description in both of the German patent applications to which United States Patents 4,990,517 and 5,607,942 claim priority to satisfy the requirements of 35 U.S.C. § 112 for each of claims 1, 2, 8, 9, and 11 of United States Patent 4,990,517 and claims 1, 2, 3, 4, 5, and 7 of United States Patent 5,607,942.

15. The subject matter of each of claims 1, 2, 8, 9, and 11 of United States Patent 4,990,517 and claims 1, 2, 3, 4, 5, and 7 of United States Patent 5,607,942 are enabled by the disclosures of each of the German patent applications to which United States Patents 4,990,517 and 5,607,942 claim priority and therefore the enablement requirements of 35 U.S.C. § 112 are satisfied as to each of these claims.

16. Each of claims 1, 2, 3, 4, 5, and 7 of United States Patent 5,607,942 cannot be practiced without infringing at least one claim of United States Patent 4,990,517.

17. When it was filed in the United States Patent and Trademark Office on June 30, 1989, United States Patent Application 07/375,434 satisfied the written description and enablement requirements of 35 U.S.C. § 112 for each of claims 1, 2, 8, 9, and 11 of United States Patent 4,990,517 and 1, 2, 3, 4, 5, and 7 of United States Patent 5,607,942.

18. Bayer will not object to any request by Reddy's to present its case-in-chief first at trial.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jeffrey B. Bove | [signature] |
| Rudolf E. Hutz (#484) | Richard L. Horwitz (#2246) |
| Jeffrey B. Bove (#998) | David E. Moore (#3983) |
| 1007 North Orange Street | Hercules Plaza, 6th Floor |
| P.O. Bo 2207 | 1313 North Market Street |
| Wilmington, DE 19899-2207 | Wilmington, Delaware 19801 |
| (302) 658-9141 | (302) 984-6000 |
| rhutz@cblh.com | rhorwitz@potteranderson.com |
| jbove@cblh.com | dmoore@potteranderson.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Bruce R. Genderson | Louis H. Weinstein |
| Adam L. Perlman | Bruce D. Radin |
| Aaron P. Maurer | Frank D. Rodriguez |
| David I. Berl | Budd Larner, PC |
| Dov P. Grossman | 150 John F. Kennedy Parkway |
| Williams & Connolly LLP | Short Hills, New Jersey 07078 |
| 725 Twelfth Street, NW | (973) 379-4800 |
| Washington, DC 20005 | |
| (202) 434-5000 | |

SO ORDERED this _____ day of _____, 2005,

_____
Hon. Sue L. Robinson
Chief United States District Judge