IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants.<br><br>_____<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Counterclaim Defendants. | C. A. No. 04-179 (SLR) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of Reddy's First Supplemental Response to Interrogatory 14 and Reddy's Second Supplemental Response to Interrogatory 15 were caused to be served on June 10, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**VIA FEDERAL EXPRESS**

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 2000

|  |  |
|---|---|
| OF COUNSEL:<br><br>Louis H. Weinstein<br>Bruce D. Radin<br>Alan L. Chan<br>BUDD LARNER P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078-0999<br>Tel: (973) 379-4800<br><br>Dated:  June 10, 2005<br><br>685947 | POTTER ANDERSON & CORROON LLP<br><br>By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 10, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on June 10, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083