IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.:  04-0179 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 9th day of June, 2005, Counsel for

Plaintiffs did cause one true and correct copy of the following documents:

1) **Bayer's Objections and Responses to Dr. Reddy's Sixth Set of Interrogatories (No. 44);**

2) **Bayer's Objections and Responses to Dr. Reddy's Third Request for the Production of Documents and Things (Nos. 84-87); and**

3) **Bayer's Objections and Responses to Reddy's Requests for Admission (Nos. 51-53)** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

               **CONNOLLY BOVE LODGE & HUTZ LLP**

Dated:  June 13, 2005              ____*/s/ Jeffrey B. Bove*_____
                                       Rudolf E. Hutz (#484)
                                       Jeffrey B. Bove (#998)
                                       Connolly Bove Lodge & Hutz LLP
                                       The Nemours Building
                                       1007 North Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE  19899-2207
                                       (302) 658-9141
                                       (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

## **CERTIFICATE OF SERVICE**

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 13, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 13, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

_____*/s/ Jeffrey B. Bove*_____
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
jbove@cblh.com