IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 04-0179 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Jeffrey B. Bove, Esquire, hereby certify that on the 10th day of June, 2005, Counsel for Plaintiffs did cause one true and correct copy of **Bayer's Amended Response to Request No. 1 of Dr. Reddy's First Set of Requests for Admission (Nos. 1-24)** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

401270                                                                1

2

**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated:  June 14, 2005                                    /s/ Jeffrey B. Bove
                                                                        Rudolf E. Hutz (#484)
                                                                        Jeffrey B. Bove (#998)
                                                                        Connolly Bove Lodge & Hutz LLP
                                                                        The Nemours Building
                                                                        1007 North Orange Street
                                                                        P.O. Box 2207
                                                                        Wilmington, DE  19899-2207
                                                                        (302) 658-9141
                                                                        (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

401270                                                    2

# CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 14, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on June 14, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey B. Bove*
　　　　　　　　　　　　　　　　　　　**JEFFREY B. BOVE (# 998)**
　　　　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-2207
　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　jbove@cblh.com