IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-179 (SLR) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

MOTION FOR LEAVE TO FILE
REDDY'S *FIRST* AMENDED ANSWER AND COUNTERCLAIM

Pursuant to Rules 15(a) and 16(b) of the Federal Rules of Civil Procedure and Local Rule 15.1 defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Defendants") hereby move this Court for leave to file Reddy's *First* Amended Answer and Counterclaim. Defendants have conferred with the Plaintiffs Bayer Ag, Bayer Healthcare AG and Bayer Pharmaceuticals Corp. (collectively "Plaintiffs") in an effort to secure Plaintiffs' consent to Defendants' filing of Reddy's

proposed *First* Amended Answer and Counterclaim. Plaintiffs refused to give their consent.

In support of this Motion, Defendants rely on the following documents submitted herewith: (1) Reddy's Memorandum of Law in Support of Reddy's Motion for Leave to File Reddy's *First* Amended Answer and Counterclaim; and (2) Declaration of Louis H. Weinstein dated August 4, 2005.

Reddy's proposed *First* Amended Answer and Counterclaim is attached hereto at Exhibit A. A copy of Reddy's proposed *First* Amended Answer and Counterclaim is attached hereto at Exhibit B. A black-lined version of Reddy's proposed *First* Amended Answer and Counterclaim showing changes from the original Complaint is attached hereto at Exhibit C. A form of Order granting Reddy's motion is attached hereto at Exhibit D.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Louis H. Weinstein
Frank D. Rodriguez
Michael W. Choi
BUDD LARNER, P.C.
150 John F. Kennedy Parkway CN1000
Short Hills, New Jersey 07078
Tel: (973) 379-4800

Dated: August 5, 2005

*Attorneys for Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

693542

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 5, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on August 5, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083