IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>      Plaintiffs and<br>      Counterclaim Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>      Defendants and<br>      Counterclaimants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 04-179 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

Plaintiffs/counterclaim defendants Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation (collectively, "Bayer") and defendants/counterclaimants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), by undersigned counsel, stipulate and agree as follows:

1. On August 5, 2005, Reddy filed a Motion for Leave to File Reddy's *First Amended Answer and Counterclaim* (D.I. 79).

2. Because of Bayer's counsel's professional obligations and scheduled vacations, and the illness of lead counsel for Bayer, the parties have agreed to an extension of time for Bayer to prepare and file its opposition to Reddy's motion.

3. Accordingly, the parties agree that the deadline for Bayer to file an opposition to Reddy's motion to amend shall be extended until and including September 7, 2005.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jeffrey B. Bove | /s/ David E. Moore |
| Rudolf E. Hutz (#484) | Richard L. Horwitz (#2246) |
| Jeffrey B. Bove (#998) | David E. Moore (#3983) |
| 1007 North Orange Street | Hercules Plaza, 6th Floor |
| P.O. Bo 2207 | 1313 North Market Street |
| Wilmington, DE 19899-2207 | Wilmington, DE 19801 |
| (302) 658-9141 | (302) 984-6000 |
| (302) 658-5614 (Facsimile) | rhorwitz@potteranderson.com |
| rhutz@cblh.com | dmoore@potteranderson.com |
| jbove@cblh.com | |
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Louis H. Weinstein |
| Adam L. Perlman | Bruce D. Radin |
| Aaron P. Maurer | Frank D. Rodriguez |
| David I. Berl | Budd Larner, PC |
| Dov P. Grossman | 150 John F. Kennedy Parkway |
| Williams & Connolly LLP | Short Hills, NJ 07078 |
| 725 Twelfth Street, NW | (973) 379-4800 |
| Washington, DC 20005 | |
| (202) 434-5000 | Attorneys for Defendants/Counterclaimants |
| Attorneys for Plaintiffs/Counterclaim Defendants | |

SO ORDERED this _____ day of _____, 2005,

_____
Hon. Sue L. Robinson
Chief United States District Judge

694184