IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs/Counterlcaim Defendant <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants/Counterclaim Plaintiffs.. | ) ) ) ) ) ) ) C. A. No. 04-179 (SLR) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND**

Dr. Reddy's Laboratories Ltd., and Dr. Reddy's Laboratories, Inc. (collectively "Reddy") hereby withdraw their Motion for Leave to File Reddy's *First Amended Answer and Counterclaim* (D.I. 79). The parties have reached an agreement whereby Reddy may assert its allegations regarding the Liebigs reference under its existing Answer and Counterclaim, without the need to file an Amended Answer and Counterclaim.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999
Tel: (973) 379-4800

Dated:  September 1, 2005

By:   */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*

697364

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 1, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on September 1, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

／s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083