**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,         )<br>)<br>)<br>)<br>      Plaintiffs,         )<br>)<br>   v.         )<br>)<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,         )<br>)<br>)<br>      Defendants.         )<br>_____)<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,         )<br>)<br>)<br>      Counterclaim Plaintiffs,         )<br>)<br>   v.         )<br>)<br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,         )<br>)<br>)<br>)<br>      Counterclaim Defendants.         )  | C. A. No. 04-179 (SLR) |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of the following documents were caused to be served on September 15, 2005 upon the following attorneys of record at the following addresses as indicated:

1. Expert Report of Dr. Rory P. Remmel, Ph.D;

2. Rebuttal Expert Report of Thomas G. Wiseman; and

3. Reply Expert Report of Dr. Edmond J. LaVoie, Ph.D.

**VIA FEDERAL EXPRESS**

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**VIA FEDERAL EXPRESS**

Bruce R. Genderson
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

                              By:   */s/ David E. Moore*

Louis H. Weinstein                       Richard L. Horwitz (#2246)
Bruce D. Radin                           David E. Moore (#3983)
BUDD LARNER P.C.                Hercules Plaza, 6th Floor
150 John F. Kennedy Parkway     1313 North Market Street
CN 1000                                P.O. Box 951
Short Hills, NJ 07078-0999       Wilmington, DE 19899-0951
Tel: (973) 379-4800               Tel: (302) 984-6000
                                    rhorwitz@potteranderson.com
Dated: September 15, 2005       dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*

699234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 15, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on September 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083