IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION )<br><br>Plaintiffs, )<br><br>v. )<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., )<br><br>Defendants. ) | Civil Action No.: 04-0179 SLR |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 10th day of October, 2005, Counsel for Plaintiffs did cause one true and correct copy of the **SUPPLEMENTAL EXPERT REPORT OF GEORGE ZHANEL** to be served upon the below-listed counsel of record as indicated below:

**VIA HAND DELIVERY & EMAIL**
Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078


I also certify that on the 17th day of October, 2005, Counsel for Plaintiffs did cause one true and correct copy of the **SUPPLEMENTAL EXPERT REPORT OF GEORGE ZHANEL** to be served upon the below-listed counsel of record as indicated below:

**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801


422823                                    1

**CONNOLLY BOVE LODGE & HUTZ LLP**

| | |
|---|---|
| Dated: October 17, 2005 |     */s/ Jeffrey B. Bove*_____ |
| | Rudolf E. Hutz (#484) |
| | Jeffrey B. Bove (#998) |
| | Connolly Bove Lodge & Hutz LLP |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE  19899-2207 |
| | (302) 658-9141 |
| | (302) 658-5614 (Facsimile) |

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

422823                                    2

## **CERTIFICATE OF SERVICE**

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 17, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 17, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                           */s/ Jeffrey B. Bove*
                                        **JEFFREY B. BOVE (# 998)**
                                        Connolly Bove Lodge & Hutz LLP
                                        The Nemours Building
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE  19899-2207
                                        (302) 658-9141
                                        jbove@cblh.com