IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION </br></br>          Plaintiffs, </br></br>          v. </br></br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., </br></br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 04-0179 SLR |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 24th day of October, 2005, Counsel for Plaintiffs did cause one true and correct copy of **PLAINTIFF BAYER AG, BAYER HEALTHCARE AG, AND BAYER PHARMACEUTICALS CORPORATION'S REBUTTAL WITNESS LIST** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**
Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078


**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

CONNOLLY BOVE LODGE & HUTZ LLP

| | |
|---|---|
| Dated: October 24, 2005 |     */s/ Jeffrey B. Bove*_____<br>Rudolf E. Hutz (#484)<br>Jeffrey B. Bove (#998)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>(302) 658-5614 (Facsimile) |

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

# **CERTIFICATE OF SERVICE**

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 24, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078


                                                              */s/ Jeffrey B. Bove*
                                                             **JEFFREY B. BOVE (# 998)**
                                                              Connolly Bove Lodge & Hutz LLP
                                                              The Nemours Building
                                                               1007 North Orange Street
                                                               P.O. Box 2207
                                                               Wilmington, DE  19899-2207
                                                               (302) 658-9141
                                                               jbove@cblh.com