IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No.: 04-0179 SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 10th day of October, 2005, Counsel for Plaintiffs did cause one true and correct copy of **PLAINTIFF BAYER AG, BAYER HEALTHCARE AG, AND BAYER PHARMACEUTICALS CORPORATION'S LIST OF FACT WITNESSES THEY INTEND TO CALL AT TRIAL** to be served upon the below-listed counsel of record via Federal Express:

| | |
|---|---|
| Louis H. Weinstein, Esquire <br> Budd Larner P.C. <br> 150 John F. Kennedy Parkway <br> Short Hills, NJ 07078 | Richard L. Horwitz, Esquire <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, DE 19801 |

                        **CONNOLLY BOVE LODGE & HUTZ LLP**

Dated:  October 25, 2005        _/s/ Jeffrey B. Bove_
                                            Rudolf E. Hutz (#484)
                                            Jeffrey B. Bove (#998)
                                            Connolly Bove Lodge & Hutz LLP
                                            The Nemours Building
                                            1007 North Orange Street
                                            P.O. Box 2207
                                            Wilmington, DE  19899-2207
                                            (302) 658-9141
                                            (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

424391                                                  2

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 25, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 25, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

　　　　　　　　　　　　　　　　　　　　　　　　　  */s/ Jeffrey B. Bove*
　　　　　　　　　　　　　　　　　　　　　　　　**JEFFREY B. BOVE (# 998)**
　　　　　　　　　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-2207
　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　　　　　　jbove@cblh.com