IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>        Plaintiffs,<br><br>        v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>        Defendants. | Civil Action No.: 04-0179 SLR |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 26th day of October, 2005, Counsel for Plaintiffs did cause one true and correct copy of **THE SUPPLEMENTAL EXPERT REPORTS OF EDWARD TAYLOR AND THOMAS PERUN** to be served upon the below-listed counsel of record via e-mail:

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Budd Larner P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 |

2

                                                    **CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: October 26, 2005            */s/ Jeffrey B. Bove*
                                             Rudolf E. Hutz (#484)
                                             Jeffrey B. Bove (#998)
                                             Connolly Bove Lodge & Hutz LLP
                                             The Nemours Building
                                             1007 North Orange Street
                                             P.O. Box 2207
                                             Wilmington, DE  19899-2207
                                             (302) 658-9141
                                             (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 26, 2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on October 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

     _/s/ Jeffrey B. Bove_
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
jbove@cblh.com

424707                                       3