IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants.<br>_____<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Counterclaim Defendants. | C. A. No. 04-179 (SLR) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that a copy of the Supplemental Expert Report of Dr. Edmond J. Lavoie, Ph.D. was caused to be served on December 2, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA FEDERAL EXPRESS**

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

**VIA FEDERAL EXPRESS & E-MAIL**

Bruce R. Genderson
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

                                  POTTER ANDERSON & CORROON LLP

                                  By: */s/ David E. Moore*

OF COUNSEL:                                Richard L. Horwitz (#2246)
                                          David E. Moore (#3983)
Louis H. Weinstein                      Hercules Plaza, 6th Floor
Frank D. Rodriguez                    1313 North Market Street
Michael W. Choi                          Wilmington, Delaware 19801
BUDD LARNER, P.C.                 Tel: (302) 984-6000
150 John F. Kennedy Parkway CN1000   rhorwitz@potteranderson.com
Short Hills, New Jersey 07078          dmoore@potteranderson.com
Tel:  (973) 379- 4800

                                        *Attorneys for Defendants/Counterclaim Plaintiffs*
Dated:  December 2, 2005             *Dr. Reddy's Laboratories, Ltd. and*
709793 / 27944                                *Dr. Reddy's Laboratories, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 2, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on December 2, 2005, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083