**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BAYER AG, BAYER HEALTHCARE AG,  )
and BAYER PHARMACEUTICALS        )
CORPORATION,                     )
                                 )
      Plaintiffs,          )
                                 )
      v.                   )    C. A. No. 04-179 (SLR)
                                 )
DR. REDDY'S LABORATORIES, LTD. and )
DR. REDDY'S LABORATORIES, INC.,  )
                                 )
      Defendants.          )
_____)
DR. REDDY'S LABORATORIES, LTD. and )
DR. REDDY'S LABORATORIES, INC.,  )
                                 )
      Counterclaim Plaintiffs, )
                                 )
      v.                   )
                                 )
BAYER AG, BAYER HEALTHCARE AG,  )
and BAYER PHARMACEUTICALS        )
CORPORATION,                     )
                                 )
      Counterclaim Defendants.  )

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of A. Michael Covino and David J. Novack of Budd Larner, P.C.,

150 John F. Kennedy Parkway, Short Hills, NJ 07078, to represent

defendants/counterclaim plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's

Laboratories, Inc. in this matter.

POTTER ANDERSON & CORROON LLP


By:    */s/ David E. Moore*
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 North Market Street
       Wilmington, Delaware 19801
       Tel: (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

Dated:  December 19, 2005

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

711299

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.


Date: _____

                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid  to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:  December 19, 2005        Signed:     */s/ A. Michael Covino*
                                              A. Michael Covino
                                              Budd Larner, P.C.
                                              150 John F. Kennedy Parkway
                                              Short Hills, NJ  07078
                                              Telephone: (973) 379-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 19, 2005    Signed:    _/s/ David J. Novack_
                                        David J. Novack
                                        Budd Larner, P.C.
                                        150 John F. Kennedy Parkway
                                        Short Hills, NJ 07078
                                        Telephone: (973) 379-4800

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on December 19, 2005, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on December 19, 2005, I have Federal Expressed the documents to

the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083