IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 04-0179 SLR |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 16th day of December, 2005,

Counsel for Plaintiffs did cause one true and correct copy of the **BAYER'S AMENDED**

**RESPONSE TO REQUEST NO. 14 OF DR. REDDY'S FIRST SET OF REQUESTS FOR**

**ADMISSION (NOS. 1-24)** to be served upon the below-listed counsel of record as indicated

below:

**VIA FEDERAL EXPRESS**
Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated:  December 30, 2005

_____/s/ Jeffrey B. Bove_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
(302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

**CERTIFICATE OF SERVICE**

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on December 30,

2005, I electronically filed with the Clerk of Court using CM/ECF the foregoing

**Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on December 30,

2005, I have mailed by United States Postal Service, the document to the following

non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

_____/s/ Jeffrey B. Bove_____
**JEFFREY B. BOVE (# 998)**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
jbove@cblh.com

436879                                    3