IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 04-179 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that a copy of the Reddy's First Supplemental Response to Interrogatory 11, Reddy's Third Supplemental Response to Interrogatory 14, and Reddy's Fourth Supplemental Response to Interrogatory 15 was caused to be served on January 11, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA FEDERAL EXPRESS**

Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

Adam L. Perlman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

2

                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:                    By:   */s/ David E. Moore*
                                  Richard L. Horwitz (#2246)

Louis H. Weinstein             David E. Moore (#3983)
Bruce D. Radin                 Hercules Plaza, 6th Floor
BUDD LARNER, P.C.          1313 North Market Street
150 John F. Kennedy Parkway CN1000    Wilmington, Delaware 19801
Short Hills, New Jersey 07078         Tel: (302) 984-6000
Tel: (973) 379- 4800              rhorwitz@potteranderson.com
                                  dmoore@potteranderson.com

Dated: January 11, 2006         *Attorneys for Defendants/Counterclaim Plaintiffs*
714620 / 27944                       *Dr. Reddy's Laboratories, Ltd. and*
                                  *Dr. Reddy's Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 11, 2006, the attached document was Federal Expressed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on January 11, 2006, I have Federal Expressed the documents to the following non-registered participants:

Adam L. Perlman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083