IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.: 04-0179 SLR |

## NOTICE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on the 11th day of January, 2006, Counsel for Plaintiffs did cause one true and correct copy of the **BAYER'S SECOND SUPPLEMENTAL RESPONSE TO DR. REDDY'S INTERROGATORY NO. 15** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**
Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

436879                                                              1

**CONNOLLY BOVE LODGE & HUTZ LLP**

| | |
|---|---|
| Dated: January 12, 2005 |    /s/ Jeffrey B. Bove |
| | Rudolf E. Hutz (#484) |
| | Jeffrey B. Bove (#998) |
| | Connolly Bove Lodge & Hutz LLP |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE  19899-2207 |
| | (302) 658-9141 |
| | (302) 658-5614 (Facsimile) |

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation

436879                                       2

# CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on January 12, 2006, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on January 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                  */s/ Jeffrey B. Bove*
                                  **JEFFREY B. BOVE (# 998)**
                                  Connolly Bove Lodge & Hutz LLP
                                  The Nemours Building
                                  1007 North Orange Street
                                  P.O. Box 2207
                                  Wilmington, DE  19899-2207
                                  (302) 658-9141
                                  jbove@cblh.com