IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-0179 SLR |

**NOTICE OF SERVICE**

I, Jeffrey B. Bove, Esquire, hereby certify that on the 3rd day of February, 2006, Counsel for Plaintiffs did cause one true and correct copy of **BAYER'S THIRD SUPPLEMENTAL RESPONSE TO DR. REDDY'S INTERROGATORY NO. 15** to be served upon the below-listed counsel of record as indicated below:

**VIA FEDERAL EXPRESS**
Louis H. Weinstein, Esquire
Budd Larner P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

1

**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: February 7, 2006                    /s/ Jeffrey B. Bove_____
                                           Rudolf E. Hutz (#484)
                                           Jeffrey B. Bove (#998)
                                           Connolly Bove Lodge & Hutz LLP
                                           The Nemours Building
                                           1007 North Orange Street
                                           P.O. Box 2207
                                           Wilmington, DE  19899-2207
                                           (302) 658-9141
                                           (302) 658-5614 (Facsimile)

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Attorneys for Plaintiffs Bayer AG, Bayer
HealthCare AG, and Bayer Pharmaceuticals
Corporation

## CERTIFICATE OF SERVICE

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on February 7, 2006, I electronically filed with the Clerk of Court using CM/ECF the foregoing **Notice of Service** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on February 7, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Louis H. Weinstein, Esquire
**BUDD LARNER, P.C**.
150 John F. Kennedy Parkway
Short Hills, New Jersey  07078

                                              */s/ Jeffrey B. Bove*
                                              **JEFFREY B. BOVE (# 998)**
                                              Connolly Bove Lodge & Hutz LLP
                                              The Nemours Building
                                              1007 North Orange Street
                                              P.O. Box 2207
                                              Wilmington, DE  19899-2207
                                              (302) 658-9141
                                              jbove@cblh.com

444851