IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 04-179 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Kathleen Furey McDonough of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, Delaware 19899, as Delaware counsel on behalf of Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. in this matter.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ Kathleen Furey McDonough*<br>Richard L. Horwitz (#2246)<br>Kathleen Furey McDonough (No. 2395)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kmcdonough@potteranderson.com<br>dmoore@potteranderson.com |
| OF COUNSEL:<br><br>Louis H. Weinstein<br>Frank D. Rodriguez<br>Michael W. Choi<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway CN1000<br>Short Hills, New Jersey 07078<br>Tel: (973) 379- 4800 | *Attorneys for Defendants/Counterclaim Plaintiffs*<br>*Dr. Reddy's Laboratories, Ltd. and*<br>*Dr. Reddy's Laboratories, Inc.* |

Dated: February 7, 2006
718057 / 27944

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

 I, Kathleen Furey McDonough, hereby certify that on February 7, 2006 the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

 I hereby certify that on February 7, 2006, I have Federal Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

OF COUNSEL:

Louis H. Weinstein
Frank D. Rodriguez
Michael W. Choi
BUDD LARNER, P.C.
150 John F. Kennedy Parkway CN1000
Short Hills, New Jersey 07078
Tel: (973) 379-4800

Dated: February 7, 2006
718057 / 27944

POTTER ANDERSON & CORROON LLP
By:   */s/ Kathleen Furey McDonough*
Richard L. Horwitz (#2246)
Kathleen Furey McDonough (No. 2395)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kmcdonough@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*