## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., )<br>)<br>)<br>Defendants. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., )<br>)<br>)<br>Counterclaim Plaintiffs, )<br>)<br>v. )<br>)<br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, )<br>)<br>)<br>Counterclaim Defendants. ) | C. A. No. 04-179 (SLR) |

### NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of Reddy's Notice Pursuant to 35 U.S.C. § 282 Regarding United States Patents 4,990,517 and 5,607,942 were caused to be served on February 23, 2006, upon the following attorneys of record at the following addresses as indicated:

<u>**VIA HAND DELIVERY**</u>

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207


<u>**VIA ELECTRONIC MAIL**</u>
<u>**AND FEDERAL EXPRESS**</u>


Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Willams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005


POTTER ANDERSON & CORROON LLP


OF COUNSEL:

Louis H. Weinstein
Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel:  (973) 379- 4800

Dated:  February 23, 2006

By:  _/s/ David E. Moore_____
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 North Market Street
     Wilmington, Delaware 19801
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Attorneys for Defendants/Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.


721061

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 23, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on February 23, 2006, I have Electronically Mailed and Federal

Expressed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bgenderson@wc.com
aperlman@wc.com
amaurer@wc.com
dberl@wc.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

677083