IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>    Defendants.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>    Counterclaim Defendants. | C. A. No. 04-179 (SLR) |

### NOTICE OF SUBPOENA DUCES TECUM

TO:

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

    **PLEASE TAKE NOTICE** that, on the 3rd day of March, 2006, Attorneys for Defendants/Counterclaim Plaintiffs will serve the attached subpoena duces tecum upon Records Custodian, Norris McLaughlin & Marcus, P.A., 721 Route 202-206, Bridgewater, New Jersey 08807.

2

POTTER ANDERSON & CORROON LLP

By:   */s/ Kathleen Furey McDonough*
Richard L. Horwitz (#2246)
Kathleen Furey McDonough (No. 2395)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kmcdonough@potteranderson.com
dmoore@potteranderson.com

Dated: March 3, 2006

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

722005/27944

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kathleen Furey McDonough, hereby certify that on March 3rd, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on March 3, 2006, I have emailed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

POTTER ANDERSON & CORROON LLP

By:  /s/ Kathleen Furey McDonough
Richard L. Horwitz (#2246)
Kathleen Furey McDonough (No. 2395)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kmcdonough@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

722005/27944