CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

REDDY'S TRIAL EXHIBIT LIST

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX 1 | BL005-001285 - 1301 | Protokoll der 2. Projektbesprechung Chinolone au 25.11.1987 (D1) (and certified translation) | 11/25/87 | Relevance |
| DTX2 | BL005-001268 – 001284 | Protokoll der 3. Projektbesprechung Chinolone au 26.1.1988 (D2) (and certified translation) | 1/28/88 | Relevance |
| DTX3 | BL002-101012 – 101065 | "Protokoll der 28. Projektbesprechung Chinolone 25.9.1990" (D3) (and certified translation, BL005-101012 –101013, BL005-101017 - 101022) | 9/28/90 | Relevance |
| DTX4 | BL005-051682 – 051687 | Egawa et al., "Pyridonecarboyxlic Acids as Antibacterial Agents," J. Med. Chem. 1984, 27, 1543-1548 (D4) | 1984 | Relevance, Hearsay |
| DTX5 | BL005-052214 - 052218 | Letter to Dr. Petersen with attachments (D5) (and certified translation, BL005-052214) | 11/24/87 | Relevance, Hearsay as to attachments |

---

[1]    As used in the foregoing objections, "Relevance" refers to Federal Rules of Evidence 401, 402, and 403; "Hearsay" refers to Federal Rules of Evidence 801, 802, and 805; "Authenticity" refers to Federal Rule of Evidence 901; "Lack of Foundation" refers to Federal Rules of Evidence 602 and 901; "Multiple Documents" refers to Federal Rules of Evidence 401, 402, 403, 1001, 1002, and 1003; "Incomplete" refers to Federal Rules of Evidence 106, 401, 402, and 403; and "Inadmissible Demonstrative" refers to Federal Rules of Evidence 401, 402, 403, and 901. By setting forth these objections to the documents on Reddy's Trial Exhibit list, Bayer does not concede that the descriptions of the documents on Reddy's list are necessarily accurate. Bayer reserves its right to object further to documents on or added to this list on any basis that depends upon how a document is introduced, for what purpose a document is introduced, and what portion of a document is introduced.

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX6 | BL018-120109 – 120167 | Chinoloncarbonsauren mit 7-(Hydroxypyrrolidinyl)-, 7-(Hydroxy-piperidinyl)-bzw. 7-(Hydroxyazetidinyl)-Resten (Chinoloncarbonsauren, Teil 11) (D6) | 2/15/88 | Relevance |
| DTX7 | | INTENTIONALLY LEFT BLANK | | |
| DTX8 | BL008-012394 – 012416 | Laboratory notebook pages, PEW 6893, N5088 (D8) | 7/2/90 | Relevance |
| DTX9 | BL008-012351 – 012365 | Laboratory notebook pages, PEW 6902 (D9) | 2/26/90 | Relevance |
| DTX10 | BL008-012124 – 012159 | Laboratory notebook pages, PEW 6957 (D10) | 10/4/90 | Relevance |
| DTX11 | BL010-005257 – 005493 | Bayer Organization Plan (D11) | 1/1/88 | Relevance |
| DTX12 | BL002-096056 – 096093 | Status Report:  AK Research "Quinolones" 1992 (D12) | 1/8/93 | Relevance |
| DTX13 | BL002-100310 – 100343 | Statusbericht 1985 – AKF "Antibakterielle Therapie" (D13) (and certified translation) | 1/21/86 | Relevance |
| DTX14 | BL002-100266 – 100309 | Statusbericht 1986 – AKF "Antibakterielle Therapie" (D14) (and certified translation) | 1/26/87 | Relevance |
| DTX15 | BL002-100216 – 100265 | Statusbericht 1987 – AKF "Antibakterielle Therapie" (D15) (and certified translation) | 1/26/88 | Relevance |
| DTX16 | BL002-100063 – 100132 | "Statusbericht 1988 – AKF "Antibakterielle Therapie" (D16) (and certified translation) | 1/16/89 | Relevance |
| DTX17 | BL002-100133 – 100169; BL005-044708 – 044709 | "Statusbericht 1989" (D17) | 1/14/90 | Relevance |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX17A | BL005-44708-44748 | "Statusbericht 1989" | 1/14/90 | Relevance |
| DTX18 | BL002-096340- 096380 | Status Report:  AK Research "Antibacterial Therapy" 1990 (D18) | 1/16/91 | Relevance |
| DTX19 | BL002-096239 – 096283 | Status Report:  AK Research "Antibacterial Therapy" 1991 (D19) | 1/9/1992 | Relevance |
| DTX20 | BL002-096010 – 096054 | Status Report:  AK Research "Quinolones" 1993 (D20) | 1/5/94 | Relevance |
| DTX21 | BC004-001072 – 001191 | Dr. med. R. Kubin Confidential Investigator's Brochure – First Edition (August 1992) – Bay y 3118 Fluoroquinolone Antibiotic (D21) | 8/92 | Relevance |
| DTX22 | BL009-036178 | Poster and Close-up (D22) | | Relevance, Multiple Documents |
| DTX22A | BL009-036178 | Poster and Close-up (D22A) | | Relevance, Multiple Documents |
| DTX23 | DRLMOX 040973 – 040982 | US Patent No. 4,666,920 (D23) | 5/19/87 | Relevance |
| DTX24 | BL002-101209 | Letter from N. Robillard (Miles) to B. Painter enclosing proposal for strategies to overcome quinolone resistance to be presented to Dr. Zeiler (with handwritten note to Hans from Barbara) (D24) | 3/28/90 (3/22/90) | Relevance, Hearsay |
| DTX25 | SH_000001-005240 – 005242 | Thurberg, at al., "In Vitro Activity of Bay Y 3118, a New Quinolone" (D25) | | Relevance, Hearsay |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX26 | DRLMOX 030539 – 030564 | US Patent No. 5,173,484 (D26) | 12/22/92 | Relevance |
| DTX27 | DRLMOX 030468 – 030521 | US Patent No. 4,990,517 (D27) | 2/5/91 | |
| DTX28 | DRLMOX 008890 – 009078 | Certified copy of EP 0 241 206 (D28) | 10/14/87 | Relevance, Hearsay |
| DTX29 | | 30(b)(6)Notice of deposition of Bayer (D29) | 4/20/05 | Relevance, Hearsay |
| DTX30 | BL002-015256 | Report page, Dr. Peterson (D30) | 7/26/90 | Relevance |
| DTX31 | BL002-015187 | Report page, Dr. Peterson (D31) | 10/4/90 | Relevance |
| DTX32 | BL005-017418 | Report page, Dr. Peterson (D32) | 5/18/90 | Relevance |
| DTX33 | BL002-127268 – 127269 | Fournel (Miles) Fax to Bremm, 11/11/92 re: data on mycobacteria and Y3118 (D33) | 11/11/92 | Relevance, Hearsay |
| DTX34 | BL005-047236 – 047247 | Minutes of Emergency Team Meeting: Bay Y 3118, 3/93 (D34) | 3/17/93 | Relevance, Authenticity as to handwriting on page 2 |
| DTX35 | BL002-097136 – 097142 | Bremm paper, "DU-6859: A New Generation of Quinilone?" (D35) | 7/13/94 | Relevance |
| DTX36 | BL002-097006 – 097043 | Status Report AK Research "Quinolones" 1994 (D36) | 1/16/95 | Relevance |
| DTX37 | BL002-134176 -134177 | Minutes of Meeting, PC 10/94, November 3, 1994 re: Cipro, new quinolones, etc. (D37) | 11/3/94 | Relevance |
| DTX38 | BL002-134026 – 134081 | BAY 11-6371 (tosylate) and BAY 12-8039 (hydrochloride): Results of the microbiological tests (D38) | 3/10/95 | Relevance |
| DTX39 | BL001-014381 -14382 | Combined Declaration and Power of Attorney (US Serial No. 08/026,906) (D39) | 4/20/93 | Relevance |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX40 | BL001-014002 - 014135 | Patent Application for LeA 26 108-US/03 CIP (D40) | | Relevance |
| DTX41 | DRLMOX 038825 – 038829 | Declaration of Klaus-Deiter Bremm (US Serial No. 08/026,906) (D41) | 12/2/94 | Relevance |
| DTX42 | | INTENTIONALLY LEFT BLANK | | |
| DTX43 | | INTENTIONALLY LEFT BLANK | | |
| DTX44 | DRLMOX 038830 – 038846 | Declaration of Klaus-Dieter Bremm (D44) | 7/20/95 | Relevance, Incomplete, Hearsay as to attachment |
| DTX45 | DRLMOX 008693 – 008697 | Declaration of Klaus-Dieter Bremm (D45) | 8/16/90 | Relevance |
| DTX46 | DRLMOX 041391 – 041521 | German patent application (P 38 24 072.6) (D46) | 5/10/89 | Relevance, Hearsay as to cover page |
| DTX47 | DRLMOX 041016 – 041206 | German patent application (07 375434) re: Le A 26 108 (D47) | 6/30/89 | Relevance |
| DTX48 | DRLMOX 041210 – 041390 | German patent application  (07 375434) re: P 39 06 365.8) (D48) | 4/13/89 | Relevance, Hearsay as to cover page |
| DTX49 | DRLMOX 008179 – 008556 | Certified file history, US Patent Application No. 07/298,459 (Part 1 of 2) (D49) | 1/18/89 | Relevance, Hearsay |
| DTX49A | DRLMOX 008557 – 008889 | Certified file history, US Patent Application No. 07/298,459 (Part 2 of 2) (D49A) | 1/18/89 | Relevance, Hearsay |
| DTX50 | | *Bayer v. DRL*, Subpoena to Kurt Briscoe (D50) | 9/13/04 | Relevance, Hearsay |
| DTX51 | | *Bayer v. DRL*, Subpoena to Norris, McLaughlin and Marcus, P.A. (D51) | 9/13/04 | Relevance, Hearsay |
| DTX52 | DRLMOX 033497 – 033549 | Certified Patent, U.S. Patent No. 5,607,942 (D52) | 3/4/97 | |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX53 | DRLMOX 007484 – 7485 | Office Action: Issue Fee Transmittal (US Serial No. 07/375,434) (D53) | 8/27/90 | Relevance |
| DTX54 | DRLMOX 007487 – 007488 | Office Action: Information Disclosure Statement (US Serial No. 07/375,434) (D54) | 11/16/90 | Relevance, Incomplete |
| DTX55 | DRLMOX 038815 – 038817 | Office Action: Preliminary Amendment (US Serial No. 08/406,448) (D55) | 3/20/95 | Relevance, Incomplete |
| DTX56 | DRLMOX 038852 – 038858 | Information Disclosure Statement (US Serial No. 08/406,448) (D56) | 2/29/96 | Relevance, Incomplete, Multiple Documents |
| DTX57 | DRLMOX 038860 – 038863 | Third Preliminary Amendment (US Serial No. 08/406,448) (D57) | 9/21/95 | Relevance, Incomplete |
| DTX58 | DRLMOX 038819 – 038824 | Preliminary Amendment (US Serial No. 08/406,448) (D58) | 5/19/95 | Relevance |
| DTX59 | DRLMOX 038869 – 038892 | Briscoe fax to Datlow (Patent Commissioner) attaching missing attachments to May 19, 1995 amendment (US Serial No. 08/406,448) (D59) | 11/1/95 | Relevance, Hearsay |
| DTX60 | SH_000001-005104 – 005114 | Kraatz decision, USPTO Board of Patent Appeals and Interferences, Appeal No. 93-4186 (D60) | 8/29/94 | Relevance, Hearsay |
| DTX61 | SH_000001-005115 – 005127 | Kraatz decision, USPTO Board of Patent Appeals and Interferences, Appeal No. 89-3761 (D61) | 2/13/91 | Relevance, Hearsay |
| DTX62 | DRLMOX 038900 – 038909 | File History Section US Serial No. 08/406,448) Amendment Under 37 CFR 1.111 (D62) | 6/6/96 | Relevance |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX63 | SH_000001-000001 – 000005 | Cover sheet for patent file, attaching Request for Abstract of Title (US Serial No. 07/375,434) (D63) | 6/28/99 | Relevance, Multiple Documents |
| DTX64 | SH_000001-000352 – 000353 | Request for Certification Under 37 CFR 1.322 (US Serial No. 375,434) (D64) | 2/16/95 | Relevance, Incomplete |
| DTX65 | SH_000001-001221 – 001222 | Information Disclosure Statement (US Serial No. 580,906) (D65) | 2/14/91 | Relevance, Incomplete |
| DTX66 | SH_000001-008737 – 008925 | European Patent Application, EP 0 241206 (D66) | 3/31/87 | Relevance, Hearsay, Lack of Foundation, Multiple Documents |
| DTX67 | SH_000001-006980 - 007166 | European Patent Application EP 0 241206 A2 (D67) | 3/31/87 | Relevance, Hearsay |
| DTX68 | SH_000001-004571 | Cover Sheet for Patent File (US Serial No. 026,906) (D68) | 3/5/93 | Relevance |
| DTX69 | SH_000001-004600 | Briscoe letter to Pross (Patent Providers), requesting documents be filed with the Patent Office (D69) | 11/8/94 | Relevance, Incomplete |
| DTX70 | SH_000001-005134 – 005137 | Second Amendment Under Rule 116 (US Serial No. 08/026,906) (D70) | 12/15/94 | Relevance, Incomplete |
| DTX71 | SH_000001-005176 – 005187 | Amendment Under Rule 111 (US Serial No. 08/026,906) (D71) | 2/16/94 | Relevance, Incomplete |
| DTX72 | SH_000001-005153 – SH 000001 - 005163 | Amendment Under Rule 116 (US Serial No. 08/026,906) (D72) | 11/8/94 | Relevance, Incomplete |
| DTX73 | SH_000001-005149 – 005150 | Notice of Appeal from the Primary Examiner to the Board of Patent Appeals and Interferences (US Serial No. 08/026,906) (D73) | 11/10/94 | Relevance |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX74 | SH_000001-000067 – 000068 | Combined Declaration and Power of Attorney (D74) | 6/22/89 | Relevance, Incomplete |
| DTX75 | BL005-012468 – 012500 | "Uber 1-Cyclopropyl-8-methoxy-chinoloncarbonsauren" (D75) (and certified translation) | 6/2/93 | Relevance |
| DTX76 | BL005-001123 – 001140 | "Protokoll der 12.Projektbesprechung Chinolone au 22.12.1988" (D76) (and certified translation) | 12/23/88 | Relevance |
| DTX77 | BL005-001315 – 001360 | "Projektbesprechung Antiinfektiva 11.Mai.1989", BL005-001315 – 1317, BL005-001347 – 1352, BL005-001354 – 1360) (D77) and certified translation | 5/11/89 | Relevance |
| DTX78 | BL008-011000 – 011521 | Laboratory Notebook, Dr. Petersen, PEW 6731-6875 (D78) | 5/16/90 | Relevance |
| DTX79 | BL008-012000 – 012469 | Laboratory Notebook, Dr. Petersen, PEW 6876-7000 (D79) | 1/14/91 | Relevance |
| DTX80 | DRLMOX 030951 – 030956 (and certified translation, DRLMOX 030957 – 30964) | U. Petersen, "Die Evolution der Chinolone: Von der Nalidixinsaure zu den Chinolonen der dritten Generation," Pharmazie in unserer Zeit, 10.jahrgang 2001,  Nr. 5 (D80) (and certified translation, DRLMOX 030957 – 30964) | 1/30/01 | Relevance |
| DTX81 | BL005-021000 – 021186 | Petersen Notebook, "Vortrags Folien" (D81) | | Relevance |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX82 | BL005 - 023000<br>BL005 – 023386<br>BL005 – 023398 – 023453 | Pages from Petersen Notebook, "S. Sendung" 85-86 (D82) | | Relevance, Multiple Documents, Incomplete, Hearsay |
| DTX82A | | Peterson Binder 23 beginning at BL005 – 023000 | | Relevance, Hearsay, Incomplete |
| DTX83 | | *Bayer v. DRL* Reddy's Fifth Notice of 30(b)(6) Deposition of Bayer (D83) | 5/31/05 | Relevance, Hearsay |
| DTX84 | BL005-019300 | "Synthesis and In Vitro Activity of BAY 12-8039, a New 8-Methoxyquinolone" (D84) (and certified translation, DRLMOX 035870 – 035875) | | Relevance |
| DTX85 | DRLMOX 035867 – 035875 | Information Disclosure Statement (US Serial No. 580,906) (D85) (and certified translation, BL005-051703 – 51707) | 2/26/91 | Relevance, Incomplete, Hearsay as to Search Report and copies of references |
| DTX86 | BL005-035000, BL005-036206 – 036207, BL005-036260 – 036261, BL005-037204 – 037205, BL005-037817 – 037818 | Literature Data Cards (D86) | 8/25/87 | Relevance, Multiple Documents, Hearsay, Incomplete, Authenticity |
| DTX87 | BL005-036260 – 036261 | Literature Data Cards (D87) | 12/9/83 | Relevance, Hearsay |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX88 | BL005 – 051495 – 6;<br>BL005 – 051526 – 7;<br>BL005 – 051531;<br>BL005 – 051536 – 8;<br>BL005 – 051544 – 6;<br>BL005 – 051550;<br>BL005 – 051565;<br>BL005 – 051578 – 80;<br>BL005 – 051679;<br>BL005 – 051682 – 7;<br>BL005 – 051700 – 1;<br>BL005 – 051703 – 7;<br>BL005 – 051749 – 67;<br>BL005 – 051778 – 85;<br>BL005 – 051787 – 94;<br>BL005 – 051798 – 9;<br>BL005 – 051832 – 6;<br>BL005 – 051842 – 3;<br>BL005-051877 – 8;<br>BL005 – 052206 – 17. | Petersen binder 26108 I (D88) (and certified translation, BL005-051703 – 51707) | 10/4/90 | Relevance, Hearsay, Multiple Documents, Authenticity |
| DTX89 | BL005-036206 – 036207 | Literature Data cards (D89) | 8/25/87 | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX90 | BL012 - 005772 – 3; BL012 – 005777 – 9; BL012 – 005785 – 6; BL012 – 005788; BL012 – 005800; BL012 – 005823 – 4; BL012 – 005842 – 8; BL012 – 005862 – 76; BL012 – 005878 – 82; BL012 – 005901 – 3; BL012 – 005915 – 20; BL012 – 005922 – 4; BL012 – 005926; BL012 – 005931; BL012 – 005959 – 71; BL012 – 005975 – 8; BL012 – 006076 – 9; BL012 – 006108 – 12. | Bayer's Patent Files re: LeA 25 727 (D90) | 1/18/89 | Relevance, Hearsay |
| DTX91 | BL001-011005 – 011111 | US Patent No. 5,059,597 (D91) | 10/22/91 | Relevance |
| DTX92 | BL001-013005 – 013058 | US Patent No. 5,416,096 (D92) | 5/16/95 | Relevance |
| DTX93 | BL001-014000 – 0014376; BL001-014378 – 014393. | Bayer's Patent Files re: abandoned 08/026,906 prosecution history, as produced by Bayer (D93) | 3/5/99 | Relevance, Hearsay |
| DTX94 | | Reddy's Sixth Notice of 30(b)(6) Deposition of Bayer (D94) | 6/3/05 | Relevance, Hearsay |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX95 | BL001-001000 – 001287; 001303 – 001304;001308;001311 – 001312;001314;001319;00 1342 – 001344;001365 – 001366;001369;001374 – 001374;001379 – 001385;001414 – 001415;001435 – 001436;001439;001448;00 1453 – 001455;001464 – 001465;001467. | Pages from Bayer's Patent Files re: LeA 26108 (D95) | 6/30/89 | Relevance, Hearsay, Incomplete |
| DTX96 | DRLMOX041012 – 041632 | US Patent No. 4,990,517 File History (D96) | 2/17/95 | Relevance, Hearsay |
| DTX97 | DRLMOX041711 – 041781 | Certified copy of MPEP Chapter 600, 5th Edition and 8th Revision Dated May 1988 (D97) | 5/88 | Relevance, Hearsay |
| DTX98 | BL001-011000 – 011132; 0011155; 0011159 – 0011172; 011176 – 011183; 011187 – 011189; 011200 – 011207; 011213 – 011214; 011218 | US Patent 5,059,597 from Bayer's records (D98) | 10/22/91 | Relevance, Hearsay |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX99 | BL001-012000 – 012002; 012006 – 012009; 012011 – 012012; 012020 – 012024; 012041 – 012045; 012050 – 012058; 012061 – 012069; 012088 – 012096; 012102 – 012111; 012119 – 012128; 012136 – 012140; 012142 – 012149; 012157 – 012162. | File History of Application No. 07/737,631 from Bayer's records (D99) | 09/30/93 | Relevance, Hearsay |
| DTX100 | BL001 - 026000 – 026001; 026211 – 026214; 026251 – 026353; 026541 – 026542; 026597 – 026641; 026651 – 026732; 026751 - 026752 | Portion of File History - LeA26 108 EP from Bayer's records (D100) | 6/30/89 | Relevance, Hearsay, Incomplete |

588023w

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX101 | BL001-0015000– 0015058; 015071 – 015072; 015075 – 015076; 015081; 015087 – 015096; 015101 – 015102; 015110 – 015120; 015122 – 015126; 015130 – 015137; 015140; 015142 – 015151; 015158 – 015159; 015176 – 015180; 015206 – 015212. | File history of Le A 26 108-USA 4 from Bayer's records | 4/10/90 | Relevance, Hearsay |
| DTX102 | | INTENTIONALLY LEFT BLANK | | |
| DTX103 | | INTENTIONALLY LEFT BLANK | | |
| DTX104 | | INTENTIONALLY LEFT BLANK | | |
| DTX105 | | INTENTIONALLY LEFT BLANK | | |
| DTX106 | | INTENTIONALLY LEFT BLANK | | |
| DTX107 | | INTENTIONALLY LEFT BLANK | | |
| DTX108 | | INTENTIONALLY LEFT BLANK | | |
| DTX109 | | INTENTIONALLY LEFT BLANK | | |
| DTX110 | | INTENTIONALLY LEFT BLANK | | |
| DTX111 | | INTENTIONALLY LEFT BLANK | | |
| DTX112 | | Expert Report of Dr. Edmond J. LaVoie, Ph.D. (D112) | 7/13/05 | Relevance, Hearsay, Incomplete |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX113 | | Volume I: Attachments A-K to the Expert Report of Dr. Edmond J. LaVoie, Ph.D. (D113) | 7/13/05 | Multiple Documents, Hearsay, Relevance |
| DTX113A | | Volume II: Attachments L-X to the Expert Report of Dr. Edmond J. LaVoie, Ph.D. (D113A) | 7/13/05 | Multiple Documents, Hearsay, Relevance, Incomplete at to Exhibit Q |
| DTX114 | | Expert Report of Dr. Rory P. Remmel, Ph.D. (D114) | 9/12/05 | Hearsay, Relevance |
| DTX115 | DRLMOX 041901 – 41910 | Nakamura, et al., "In vitro Antibacterial Activity of AT-3295, a New Pyridonecarboxylic Acid Derivative," Recent Advances in Chemotherapy Antimicrobial Section 2, Proceedings of the 14th International Congress of Chemotherapy, Kyoto, 1985 (D115) | 1985 | Multiple Documents, Hearsay, Relevance |
| DTX116 | | INTENTIONALLY LEFT BLANK | | |
| DTX117 | | INTENTIONALLY LEFT BLANK | | |
| DTX118 | | INTENTIONALLY LEFT BLANK | | |
| DTX119 | | INTENTIONALLY LEFT BLANK | | |
| DTX120 | | US Patent No. 4,670,444 (D120) | 6/2/87 | Relevance |
| DTX121 | | File History, US Patent No. 4,990,517 (D121) | 2/5/91 | Relevance, Hearsay |
| DTX122 | | File History, US Patent No. 5,607,942 (D122) | 3/4/97 | Relevance, Hearsay |
| DTX123 | | INTENTIONALLY LEFT BLANK | | |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX124 | | Chemical structure drawing, 5 structures (D124) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX125 | | Chemical structure drawing, 4 structures (D125) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX125A | | Chemical Structure drawing, 4 structures (Exhibit D125 with the valences satisfied, of nitrogen) (D125A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX126 | | File History Section:  Preliminary Amendment App. Ser. No. 07/737,631 (D126) | 3/20/95 | Relevance, Incomplete |
| DTX127 | | Chemical structure drawing, 2 structures (D127) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX128 | | INTENTIONALLY LEFT BLANK | | |
| DTX129 | | Supplemental Expert Report of Dr. Edmond J. LaVoie, PH.D. (D129) | 12/1/05 | Relevance, Hearsay |
| DTX130 | | INTENTIONALLY LEFT BLANK | | |
| DTX131 | | INTENTIONALLY LEFT BLANK | | |
| DTX131A | | INTENTIONALLY LEFT BLANK | | |
| DTX132 | | INTENTIONALLY LEFT BLANK | | |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX133 | | Taylor, et al., "New Synthetic Studies on Deazafolates," Chemistry and Biology of Pteridines 1989 (D133) | | Relevance, Hearsay |
| DTX134 | BL020-000147 – 198 | Petersen, "Quinolone Antibiotics: The Development of Moxifloxacin" (D134) | | Relevance, Hearsay, |
| DTX135 | BL020-000223 – 278 | Petersen, "Quinolone Antibiotics: The Development of Moxifloxacin" (D135) | | Relevance, Hearsay |
| DTX136 | DRLMOX 041546 – 41552 | (US Serial No. 375,434) Information Disclosure Statement (with attachments) (and certified translation) (D136) | 11/16/90 | Relevance, Hearsay as to Search Report and copies of references |
| DTX137 | | WO 89/05643 (D137) | 6/29/89 | Relevance, Hearsay |
| DTX138 | | DE 36 32 222 A1 (and certified translation) (D138) | 4/7/88 | Relevance |
| DTX139 | BL005-020000; BL005-020003 – 81; BL005-020094 – 162; BL005-020173 – 7; BL005-020183 – 288; BL005-020291 – 3; BL005-020295 – 348; BL005-020350 – 435; BL005-020437 – 446. | Petersen's notebook #20 (and certified translation, BL005-020141 – 20142) (D139) | | Relevance |
| DTX140 | DRLMOX 042552 - 42734 | US Patent No. 5,071,999 File History, Part 1 of 2 (Certified Copy) (D140) | 12/10/91 | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX140A | DRLMOX 042735 - 42923 (and 2-page trans.) | US Patent No. 5,071,999 File History, Part 2 of 2 (Certified Copy) (and certified translation, partial) (D140A) | 12/10/90 | Relevance, Hearsay |
| DTX141 | BL005-022000 – 22055; BL005-022060; BL005-022066 – 109; BL005-022133 – 142; BL005-022162 – 5; BL005-022168 – 202; BL005-022211 – 33; BL005-022240 – 86; BL005-022288 – 93; BL005-022295 – 7; BL005-022311 | Petersen's notebook #22 (D141) | | Relevance, Hearsay |
| DTX142 | | Diagram (D142) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX143 | | Diagram (D143) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX144 | | Diagram (D144) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX145 | | Diagram (D145) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX146 | | Diagram (D146) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX147 | | Diagram (D147) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX148 | | Diagram (D148) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX149 | | Page w/6 structures numbered 0 – 6 (D149) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX150 | | Model (D150) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

Page 19 of 39

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX 150A | | HGS Model  (D150A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX151 | | Model (D151) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX 151A | | HGS Model (D151A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX152 | | Model (D152) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX152A | | HGS Model (D142A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX153 | | Model (D153) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX153A | | HGS Model (D153A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX154 | | Model (D154) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX154A | | HGS Model (D154A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX155 | | Model (D155) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX155A | | HGS Model (D155A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX156 | | Model (D156) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX156A | | HGS Model (D156A) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX157 | | Chemical diagram (D157) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX158 | | INTENTIONALLY LEFT BLANK | | |
| DTX159 | | Chemical diagram (D159) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX160 | | European Patent Application No. 0 215 650 A2 (D160) | 9/12/86 | Relevance, Hearsay |
| DTX161 | | DE 36 01 567 A1 (D161) (and certified translation) | 1/21/86 | Relevance |
| DTX162 | | Chemical Structure Diagram (D162) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX163 | | Chemical Structure Diagram (D163) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

Page 22 of 39

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX164 | | Chemical Structure Diagrams (D164) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX165 | | US Patent No. 4,665,079 (D165) | 5/12/87 | Relevance, Hearsay |
| DTX166 | | Chemical Structure Diagrams (D166) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX167 | | Chemical Structure Diagrams (D167) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX168 | | Chemical Structure Diagram (D168) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX169 | | Chemical Structure Diagram (D169) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX170 | | Edmond Joseph LaVoie Curriculum Vitae (P30) | | Relevance, Hearsay |
| DTX171 | | Expert Report of Dr. Edmond J. LaVoie, Ph.D. (P31) | 7/13/05 | Relevance, Hearsay, Incomplete |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX172 | | Reply Expert Report of Dr. Edmond J. LaVoie, Ph.D. (P35) | 9/12/05 | Relevance, Hearsay |
| DTX173 | DRLMOX030245-030254 | US Patent No. 4,341,784 (P36) | 7/27/82 | Relevance, Hearsay |
| DTX174 | DRLMOX027092-027216 | European Patent Application 0 106 489 A2 (P37) | 4/25/84 | Relevance, Hearsay |
| DTX175 | DRLMOX030743-030744 | Patent Abstracts of Japan Application No. 58009874, Publication No. 59137481 A (P38) | 1/26/83 | Relevance, Hearsay |
| DTX176 | DRLMOX 027247 – 027257 | US Patent No. 4,684,648 (P39) | 8/4/87 | Relevance, Hearsay |
| DTX177 | DRLMOX 030825 – 30835 | US Patent No. 4,684,648 (P39R) | 8/4/87 | Relevance, Hearsay |
| DTX178 | | Matsumoto, et al., "AT-3295. A New Pyridonecarboxylic Acid Derivative with Potent Anti-Bacterial Activity: Synthesis and Structure-Activity Relationships, 14th International Congress of Chemotherapy Abstracts No. P-35-41 (P48) | 6/23/85 – 6/28/85 | Relevance, Hearsay, Multiple Documents |
| DTX179 | | Certified copy of US Patent No. 5,607,942 (P51) | 3/4/97 | |
| DTX180 | | Chemical structure diagrams (P52) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX181 | DRLMOX 041523 – 30. | Pages from US Serial No. 07/375,434 (P59) | 4/14/90 | Relevance, Hearsay |
| DTX182 | DRLMOX 041664 – 041692 | Certified "original MPEP Chapter 800, 5th and 8th Revision" (P61) | 5/88 | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX183 | DRLMOX 041546 – 041547 | US Patent No. 4,990,517, Serial No. 07/375,434 File History Section: Information Disclosure Statement and attached form 1449 (P62) | 11/16/90 | Relevance, Incomplete |
| DTX184 | | 37 CFR 1.99: Rules of Practice in Patent Cases/National Processing Provisions Information Disclosure Statement (Printout from Westlaw) (P63) | | Relevance, Hearsay |
| DTX185 | | Certified MPEP Chapter 600, 5th Edition and 8th Revision Dated May 1988 (P64) | 5/88 | Relevance, Hearsay |
| DTX186 | DRLMOX 041013 | US Patent No. 4,990,517, Serial No. 07/375,434 File history section: Patent Office cover page (P65) | 7/16/89 | Relevance, Hearsay |
| DTX187 | DRLMOX 041560 – 041564 | US Patent No. 4,990,517, Serial No. 07/375,434 File history section: Request for Certificate Under 37 CFR 1.322 (P67) | 2/16/95 | Relevance |
| DTX188 | DRLMOX 041633 – 041663 | Certified: "The Original MEP Chapter 2000, 5th Edition and 3rd Revision Dated may 1986" (P70) | 5/86 | Relevance, Hearsay |
| DTX189 | | Expert Report of Dr. Rory P. Remmel, Ph.D. (P71) | 9/12/05 | Relevance, Hearsay, Incomplete |
| DTX190 | | Data Sheet (P77) | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX191 | BL012-006330 – BL012-006338 | File History Section re: App. Serial No.06/815440 (P100) | 4/16/86 | Relevance, Hearsay |
| DTX192 | | Declaration of John L. Sang (with attachments) | 2/10/05 | Relevance |
| DTX193 | | Stipulation (to the admissibility of the Declaration of John L. Sang) | | Relevance |
| DTX194 | | Reddy's Notice of 30(b)(6) Deposition to Bayer. - Dated April 20, 2005 | 4/20/05 | Relevance, Hearsay |
| DTX195 | | Reddy's Fourth Notice of 30(b)(6) Deposition of Bayer. - Dated May 27, 2005 | 5/27/05 | Relevance, Hearsay |
| DTX196 | | Bayer's Responses to Dr. Reddy's First Set of Requests for Admission (Nos. 1-24) - Dated May 31, 2005 | 5/31/05 | Relevance |
| DTX197 | | Bayer's Objections and Responses to Dr. Reddy's Second Set of Requests for Admission (Nos. 25-50) - Dated June 6, 2005 | 6/6/05 | Relevance |
| DTX198 | | Bayer's Objections and Responses to Dr. Reddy's Requests for Admission (Nos. 51-53). – Dated June 9, 2005 | 6/9/05 | Relevance |
| DTX199 | | Bayer's Amended Response to Request No. 1 of Dr. Reddy's First Set of Request for Admission (Nos. 1-24) - Dated June 10, 2005 | 6/10/05 | Relevance |
| DTX200 | | Bayer's Amended Response to Request No. 14 of Dr. Reddy's First Set of Requests for Admission (Nos. 1-24) - Dated December 16, 2005 | 12/16/05 | Relevance |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX201 | | Discovery Agreement concerning the Sankyo and Dainippon references. - Dated February 1, 2005 | 2/1/05 | Relevance |
| DTX202 | | E-Mail from Adam Perlman to Louis Weinstein  - Dated February 16, 2005 | 2/16/05 | Relevance |
| DTX203 | | Bayer's Objections and Responses to Dr. Reddy's First Set of Interrogatories. - Dated  December 15, 2004 | 12/15/04 | Relevance |
| DTX204 | | Bayer's Supplemental Objections and Responses to Dr. Reddy's First Set of Interrogatories. - Dated January 18, 2005 | 1/18/05 | Relevance |
| DTX205 | | Bayer's Objections and Responses to Dr. Reddy's Second Set of Interrogatories (Nos. 8-10)  - Dated January 21, 2005 | 1/21/05 | Relevance |
| DTX206 | | Bayer's Amended Supplemental Objections and Responses to Interrogatories Nos. 2 and 3 of Dr. Reddy's First Set of Interrogatories. - Dated January 31, 2005 | 1/31/05 | Relevance |
| DTX207 | | Bayer's Objections and Responses to Dr. Reddy's Third Set of Interrogatories (Nos. 11-13). - Dated May 18, 2005 | 5/18/05 | Relevance |
| DTX208 | | Bayer's Supplemental Objections and Responses to Interrogatory No. 11 of Dr. Reddy's Third Set of Interrogatories (Nos. 11-13) - Dated May 23, 2005 | 5/23/05 | Relevance |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX209 | | Bayer's Objections and Responses to Dr. Reddy's Fourth Set of Interrogatories (Nos. 14-31) - Dated June 6, 2005 | 6/6/05 | Relevance |
| DTX210 | | Bayer's Objections and Responses to Reddy's Fifth Set of Interrogatories (Nos. 32-43)  Dated June 6, 2005 | 6/6/05 | Relevance |
| DTX211 | | Bayer's Objections and Responses to Reddy's Sixth Set of Interrogatories (No. 44) - Dated June 9, 2005 | 6/9/05 | Relevance |
| DTX212 | | Bayer's Supplemental Responses to Dr. Reddy's Interrogatories Nos. 14, 15, 16, 21, 22, 24, 26, 28, 29, 32 and 33.- Dated August 3, 2005 | 8/3/05 | Relevance |
| DTX213 | DRLMOX 035838 – 035839 | Birkofer, et al., Justus Liebigs Ann. der Chemie, Vol. 677 (1964) page 154 – 157 (and certified translation) | 12/23/63 | Relevance, Hearsay |
| DTX214 | | Bayer Privilege Log (By Date) | | Relevance |
| DTX215 | | Bayer Privilege Log (By Bates Number) | | Relevance |
| DTX216 | | Bayer Supplemental Privilege Log (By Date) | | Relevance |
| DTX217 | | Bayer Supplemental Privilege Log (By Bates Number) | | Relevance |
| DTX218 | DRLMOX042815 – 19 | Documents from 5,071,999 File History (and certified translation) | | Relevance, Hearsay as to copy of reference |
| DTX218 A | DRLMOX042817-042819 | Birkofer, et al., Justus Liebigs Ann. der Chemie, 677, 154-157 (1964) | 12/23/63 | Relevance, Hearsay |

588023w

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX218 B | | Birkofer, et al., Justus Liebigs Ann. der Chemie, 677, 154-157 (1964) | 12/23/63 | Relevance, Hearsay |
| DTX219 | B 0001 – 177 | *Ortho Diagnostics Systems Inc. v. Miles Inc*., S.D.N.Y. No. 90 CIV. 5043, "Defendant Miles Inc.'s Motion to Alter or Amend Judgment to Include Finding of Inequitable Conduct" and memorandum in support | 8/10/94 | Relevance, Hearsay |
| DTX220 | B 0178 – 209 | *Ortho Diagnostics Systems Inc. v. Miles Inc*., S.D.N.Y. No. 90 CIV. 5043, "Ortho's Memorandum in Opposition to Miles' Motion for Amendment of the Judgment to Include a Finding of Inequitable Conduct | 9/12/94 | Relevance, Hearsay |
| DTX221 | DRLMOX 043964 - 43979 | *Ortho Diagnostics Systems Inc. v. Miles Inc*., S.D.N.Y. No. 90 CIV. 5043, Opinion and Order | 10/21/94 | Relevance, Hearsay |
| DTX222 | DRLMOX 043946 - 43963 | *Ortho Diagnostics Systems Inc. v. Miles Inc*., S.D.N.Y. No. 90 CIV. 5043, "Miles Reply Memorandum in Support of its Motion to Alter or Amend Judgment to Include Finding of Inequitable Conduct | 9/28/94 | Relevance, Hearsay |
| DTX223 | SH_000001-004967 – 8; SH_000001-005103 – 27; SH_000001-005129 – 63; SH_000001-005169 – 223. | Pages from Sprung Horn's Patent Files re: abandoned 08/026,906 prosecution history | | Relevance, Hearsay, Multiple Documents |
| DTX224 | BL005-038418 – 38420 | EP-241-206A Abstract | 3/31/86 | Relevance, Hearsay |
| DTX225 | BL005-038017 – 38018 | SANY 23.06.87 Abstract | 6/23/87 | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX226 | | 50 FR 5172, Feb. 6, 1985 | 2/6/85 | Relevance, Hearsay, Incomplete |
| DTX227 | BC005-000001 – 487 | Abstracts from the 14th International Congress of Chemotherapy June 23-28, 1995, including sign-out cards | 6/23/95 | Relevance, Hearsay |
| DTX228 | BL005-001065 – 001094 | Protocol of the 15th Project Meeting on Quinolone on Apr. 4, 1989 (and Certified Translation) | 4/4/89 | Relevance |
| DTX229 | BL005-001174 – 001188 | Minutes of 8th Quinolone Project Meeting on 6/28/1988 (certified translation) | 6/29/88 | Relevance |
| DTX230 | | Original of DTX5 (Bayer to bring to trial) | | Relevance, Hearsay as to attachments |
| DTX231 | DRLMOX009160 – 9163 | Certified copy of Japanese 59-204194 (and Certified Translation) | 11/19/84 | Relevance, Hearsay |
| DTX232 | DRLMOX044007 – 44195 | Certified EP 0 241 206 A2 (with corrected cover page) | 10/14/87 | Relevance, Hearsay |
| DTX233 | DRLMOX006791 – 007039 | Certified File History, US Patent No. 4990517 (App. No. 07/375,434) (Part 1 of 5) | | Relevance, Hearsay |
| DTX234 | DRLMOX007040 – 007324 | Certified File History, US Patent No. 4990517 (App. No. 07/375,434) (Part 2 of 5) | | Relevance, Hearsay |
| DTX235 | DRLMOX007326 – 007624 | Certified File History, US Patent No. 4990517 (App. No. 07/375,434) (Part 3 of 5) | | Relevance, Hearsay |
| DTX236 | DRLMOX007625 – 007955 | Certified File History, US Patent No. 4990517 (App. No. 07/375,434) (Part 4 of 5) | | Relevance, Hearsay |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX237 | DRLMOX007956 – 8178 | Certified File History, US Patent No. 4990517 (App. No. 07/375,434) (Part 5 of 5) | | Relevance, Hearsay |
| DTX238 | DRLMOX 042955 – 43325 | Certified File History, US Patent No. 5,607,942 (Volume 1 of 2) | | Relevance, Hearsay |
| DTX239 | DRLMOX 043326 – 43702 | Certified File History, US Patent No. 5,607,942 (Volume 2 of 2) | | Relevance, Hearsay |
| DTX240 | | Certified File History, US Patent No. 5,059,597 | | Relevance, Hearsay |
| DTX241 | DRLMOX042019 – 042115 | Certified MPEP Chapter 700, 5th Edition, Revision 6 | | Relevance, Hearsay |
| DTX242 | DRLMOX041911 – 041963 | Certified MPEP Chapter 800, Revision 1 | | Relevance, Hearsay |
| DTX243 | DRLMOX041964 – 042018 | Certified MPEP Chapter, Chapter 800, Revision 2 | | Relevance, Hearsay |
| DTX244 | DLRMOX030842 – 030845 | Certified Patent, European Patent No. 0,326,916 | 1/25/89 | Relevance |
| DTX245 | DRLMOX030836 – 30838 | Certified Patent, Japanese Patent Abstract for JP 59-219293 | 10/12/84 | Relevance, Hearsay |
| DTX246 | DRLMOX030839 – 030841 | Certified Patent, Japanese Patent Abstract Publication Number 59-137481 | 7/8/84 | Relevance, Hearsay |
| DTX247 | DRLMOX011923 – 011927 | Certified Patent, Japanese Patent JP 60-23381 | 2/5/85 | Relevance, Hearsay |
| DTX248 | DRLMOX011928 – 011932 | Certified Patent, Japanese Patent JP 60-23382 | 2/5/85 | Relevance, Hearsay |
| DTX249 | DRLMOX009164 – 009169 | Certified Patent, Japanese Patent No. 59-137481 | 8/7/94 | Relevance, Hearsay |
| DTX250 | DRLMOX043980 – 44006 | Certified Patent, DE 36 01 567 A1 (and certified translation) | 7/23/87 | Relevance |

588023w

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX251 | DLRMOX009079 – 009105 | Certified Patent, US Patent No. 4,920,120 | 4/24/90 | Relevance, Hearsay |
| DTX252 | DRLMOX009137 – 009151 | Certified Patent, US Patent No. 4,980,470 | 12/25/90 | Relevance, Hearsay |
| DTX253 | DRLMOX009106 – 009136 | Certified Patent, US Patent No. 4,997,943 | 3/5/91 | Relevance, Hearsay |
| DTX254 | DRLMOX041693 – 41703 | Certified Patent, US Patent No. 4,666,920 | 5/19/87 | Relevance |
| DTX255 | DRLMOX042531 – 042551 | Certified Patent, US Patent No. 5,071,999 | 12/10/91 | Relevance, Hearsay |
| DTX256 | DRLMOX 043769 – 43894 | Certified Patent, EP 0 106 489 A2 | 4/25/84 | Relevance, Hearsay |
| DTX257 | DRLMOX 043703 – 43746 | Certified Patent, EP 0 195 316 | 9/24/86 | Relevance, Hearsay |
| DTX258 | DRLMOX 043907 – 43917 | Certified Patent, US 4,341,784 | 7/27/82 | Relevance, Hearsay |
| DTX259 | DRLMOX 043918 – 43945 | Certified Patent, US 4,649,144 | 3/10/87 | Relevance, Hearsay |
| DTX260 | DRLMOX 043895 – 43906 | Certified Patent, US 4,684,648 | 8/4/87 | Relevance, Hearsay |
| DTX261 | DRLMOX026805 – 026825 | Japanese Unexamined Patent Application Publication S60-126284 (and Certified Translation) | 7/5/85 | Relevance, Hearsay |
| DTX261A | DRLMOX 009152-9159 | Patent number JP60-126284 and translation | | Relevance, Hearsay |
| DTX262 | | 1/31/05 Letter from A. Perlman to L. Weinstein | 1/31/05 | Relevance |
| DTX263 | | 2/4/05 Letter from A. Perlman to L. Weinstein | 2/4/05 | Relevance |
| DTX264 | | 4/13/05 E-mail from A. Perlman to B. Radin | 4/13/05 | Relevance |

588023w

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX265 | | 5/31/05 Letter from D. Grossman to L. Weinstein re: enclosing Bayer's responses to Reddy's first set of requests for admissions, and addressing errors in privilege log entries | 5/31/05 | Relevance, Incomplete |
| DTX266 | | 6/8/05 Facsimile from D. Grossman to L. Weinstein re: revisions to Bayer's privilege log | 6/8/05 | Relevance |
| DTX267 | | 6/10/05 Facsimile from D. Grossman to L. Weinstein re: revision to privilege log | 6/10/05 | Relevance, Incomplete |
| DTX268 | | 6/10/05 Facsimile from D. Grossman to L. Weinstein re: revisions to privilege log (with attachments) | 6/10/05 | Relevance |
| DTX269 | | 12/16/05 Letter from D. Grossman to L. Weinstein re: revision to privilege log entries | 12/16/05 | Relevance, Incomplete |
| DTX270 | | *Bayer v. Dr. Reddy* Complaint | 3/24/04 | Relevance, Incomplete |
| DTX271 | | *Bayer v. Dr. Reddy* Bayer's Answer to Counterclaims | 6/10/04 | Relevance, Hearsay |
| DTX272 | | Hooper, et al., "Genetic and Biochemical Characterization of Norfloxacin Resistance in *Escherichia coli*," 29(4), 1986, p 639-644 | 1986 | Relevance, Hearsay |
| DTX273 | DRLMOX 041523 -30 | Office Action re: US Serial No. 07/375,434 | 04/04/90 | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX274 | DRLMOX 041534 -7 | File History Section re: US Serial No. 375,434 - Amendment Under Rule 111 | 07/19/90 | Relevance, Incomplete |
| DTX275 | DRLMOX 041538 | Office Action Re: US Serial No. 07/375,434 -  Examiner Interview Summary Record | 08/27/90 | Relevance, Hearsay |
| DTX276 | DRLMOX 041539 – 41 | Office Action re: US Serial No. 07/375,434 | 08/27/90 | Relevance, Hearsay |
| DTX277 | DRLMOX 041542 | Office Action re: US Serial No. 07/375,434 | 08/27/90 | Relevance, Hearsay |
| DTX278 | DRLMOX 041543-44 | File History Section re: US Serial No. 07/375,434:  Part B Issue Fee Transmit | 10/31/90 | Relevance |
| DTX279 | DRLMOX 041548 – 041552 | Office Action re: Appl. No. 89111950.5 – Mitteilung (and translation BL005-051703 – 051707) | 07/11/90 | Relevance, Hearsay |
| DTX280 | DRLMOX 041013 | File History Section re: US Serial No. 07/375,434 – Contents | 07/19/89 | Relevance, Hearsay |
| DTX281 | | 37 CFR § 1.56 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |
| DTX282 | | 37 CFR § 1.97 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |
| DTX283 | | 37 CFR § 1.98 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |
| DTX284 | | 37 CFR § 1.99 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |

CONTAINS CONFIDENTIAL INFORMATION
BAYER V. DR. REDDY'S
NO. 04-0179

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX285 | | 37 CFR § 1.311 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |
| DTX286 | | 37 CFR § 1.312 -Code of Federal Regulations Title 37, Subchapter A, Part 1, Subpart B | | Relevance, Hearsay |
| DTX287 | | 37 CFR § 1.313 | | Relevance, Hearsay |
| DTX288 | | 37 CFR § 1.314 | | Relevance, Hearsay |
| DTX289 | DRLMOX 041711 - 041781 | Certified MPEP Chapter 600, 5th Ed. and 8th Revision | 05/88 | Relevance, Hearsay |
| DTX290 | DRLMOX 042166 - 042196 | Certified MPEP Chapters 100 and 1300, 5th Ed. | 08/83 | Relevance, Hearsay |
| DTX291 | DRLMOX 035593 - 035788 | Patent Application (US Serial No. 07/580906) | | Relevance, Multiple Documents |
| DTX292 | DRLMOX 035789 - 035792 | Preliminary Amendment (US Serial No. 07/580,906) | 09/10/90 | Relevance, Hearsay as to attachment |
| DTX293 | DRLMOX 035837 - 035841 | File History Section re: US Serial No. 07/580,906: Information Disclosure Statement By Applicant, Cover Page & Attachment: Liebig's Ann. Der Chemie, Vol. 677 (1964) page 155 | 09/10/90 | Relevance, Hearsay as to copy of reference |
| DTX294 | DRLMOX 035867 - 035875 | File History Section re: US Serial No. 07/580,906 -Information Disclosure Statement | 02/21/91 | Relevance, Hearsay as to Search Report and copy of reference |
| DTX295 | | CV of Dr. Edmond J. LaVoie | | Relevance, Hearsay |
| DTX296 | DRLMOX 029086 – 029128 | EP 0 195 316 A1 | 03/06/86 | Relevance, Hearsay |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX297 | DRLMOX 030245 – 030254 | US Patent 4,341,784 | 07/27/82 | Relevance, Hearsay |
| DTX298 | DRLMOX 030306 – 030327 | US Patent 4,649,144 | 03/10/87 | Relevance, Hearsay |
| DTX299 | DRLMOX 030743– 4 | Patent Abstracts of Japan – Pub. No. 59137481 A; Appl. No. 58009874 | 08/07/84 | Relevance, Hearsay |
| DTX300 | DRLMOX 027247 – 57 | US Patent 4,684,648 | 08/04/87 | Relevance, Hearsay |
| DTX301 | DRLMOX 027092 – 027216 | EP 0 106 489 A2 | | Relevance, Hearsay |
| DTX302 | BL005-023386 | 14th International Congress of Chemotherapy – Kyoto, Japan (P-35-41) | 06/23/85 | Relevance, Hearsay, Multiple Documents |
| DTX303 | DRLMOX 040973 – 040982 | US Patent 4,666,920 | 05/19/87 | Relevance |
| DTX304 | DRLMOX 041782 – 041846 | "Guideline for Submitting Supporting Documentation in Drug Applications For the Manufacture of Drug Substances" (Center for Drugs and Biologics, Food and Drug Administration, Dep. Of Health & Human Services) | 02/87 | Relevance, Hearsay |
| DTX305 | DRLMOX 041704 – 041710 | Ariens, "Stereochemistry, a Basis for Sophisticated Nonsense in Pharmacokinetics and Clinical Pharmacology," Eur J Clin Pharmacol (1984) 26:663-668 | 1984 | Relevance, Hearsay |
| DTX306 | DRLMOX 035595 – 035783 | File History Section re: US Serial No. 07/580,906 – Patent Application re: Le A 26 108 | | Relevance |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX307 | DRLMOX 035789 – 91 | File History Section re: US Serial No. 07/580,906 - Preliminary Amendment | 09/10/90 | Relevance, Incomplete |
| DTX308 | BL001-011200 – 202 | File History Section re: US Serial No. 07/580,906 | | Relevance, Incomplete |
| DTX309 | BL001-11187-89 | File History Section re: US Serial No. 07/580,906 | | Relevance, Incomplete |
| DTX310 | BL001-011203 – 207 | File History Section re: US Serial No. 07/580,906 | | Relevance, Hearsay as to attachments |
| DTX311 | | Table of compound comparisons | | Inadmissible Demonstrative, Relevance, Hearsay, Lack of Foundation |
| DTX312 | BL001-001376 | Letter from Bayer to Sprung Horn | 11/12/90 | Relevance |
| DTX313 | | Supplemental Remmel Expert Report | 1/3/06 | Relevance, Hearsay |
| DTX314 | | Piddock, et al., Activities of New Fluoroquinolones against Fluoroquinolone-Resistant Pathogens of the Lower Respiratory Tract, *Antimicrobial Agents and Chemotherapy*, Nov. 1998, p. 2956-60 | 11/98 | Relevance, Hearsay |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX315 | | Karlowsky, et al., Stable Antimicrobial Susceptibility Rates for Clinical Isolates of *Pseudomonas aeruginosa* from the 2001-2003 Tracking Resistance in the United States Today Surveillance Studies, *Clinical Infectious Diseases* 2005:40 (Suppl 2), pp. S89-98 | 2005 | Relevance, Hearsay |
| DTX316 | DRLMOX 001054 | Patent certification '517 patent | 12/10/03 | Relevance, Hearsay |
| DTX317 | DRLMOX 001055 | Patent certification '942 patent | 12/10/03 | Relevance, Hearsay |
| DTX318 | DRLMOX 001056 | Patent certification '752 patent | 12/10/03 | Relevance, Hearsay |
| DTX319 | DRLMOX 001059-62 | ANDA Section III | 12/10/03 | Relevance, Hearsay, Incomplete |
| DTX320 | BC002-000001 - 210. | Avelox NDA 50-764, Section 13: Declaration re: Patent Nos. 4,990,517 (and NDA cover page) | | Relevance, Multiple Documents, Lack of Foundation |
| DTX321 | BL001-011203 to BL001-011207 | Serial No. 580,906: Filing Receipt | 9/28/90 | Relevance, Hearsay as to attachments |
| DTX322 | BL005-023398 - 23453 | 14th International Congress of Chemotherapy Abstracts, June 23 – 28, 1985, Kyoto, Japan | 6/23/85 | Relevance, Hearsay |
| DTX323 | DRLMOX 042924 - 42954 | Federal Register Pages | 2/6/85 | Relevance, Hearsay |
| DTX324 | DRLMOX042136 - 42165 | Manual of Patent Examining Procedure, identifying revisions | | Relevance, Hearsay, Multiple Documents |
| DTX325 | BL008-011091 - 011106 | Notebook pages, PEW 6862 | 4/19/90 | Relevance |
| DTX326 | BL008-011180 | Notebook page, PEW 6843 | 3/6/90 | Relevance |
| DTX327 | BL008-011183 - 11184 | Notebook pages, PEW 6841 | 2/20/90 | Relevance |
| DTX328 | | EP 0 132 845 A2 | | Relevance, Hearsay |

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX329 | | EP 0 230 274 A2 | | Relevance |
| DTX330 | | US Patent No. 4,777,175 | 10/11/88 | Relevance, Hearsay |
| DTX331 | | US Patent No. 4,638,067 | 1/20/87 | Relevance, Hearsay |
| DTX332 | | Martindale Hubbell listing for Leonard Horn, Kurt Briscoe | | Relevance, Hearsay |
| DTX333 | | Martindale listing for Leonard Horn, 1985 | 1985 | Relevance, Hearsay |
| DTX334 | DRLMOX 041560 – 2 | File History Section re: Serial No. 375,434: Request for Certificate Under 37 CFR 1.322 | 2/16/95 | Relevance, Incomplete |
| DTX335 | DRLMOX 044196 - 45529 | File History, EP 0 350 733 A2, Part 1 | | Relevance, Hearsay |
| DTX336 | DRLMOX 045530 - 46242 | File History, EP 0 350 733 A2, Part 2 | | Relevance, Hearsay |
| DTX337 | DRLMOX037154 – 38214 | File History, US Patent No. 5,416,096 | | Relevance, Hearsay |
| DTX338 | DLRMOX030741 - 30742 | Patent Abstracts of Japan #58094097 | 12/10/84 | Relevance, Hearsay |
| DTX339 | DRLMOX029624 - 29726 | European Patent EP0350733A2 (and Certified Translation, pages BL001-026251, BL001-026348 – 026535) | 6/30/89 | Relevance |
| DTX340 | | Summary pursuant to Rule 1006 | | Exhibit not provided.  Bayer reserves all objections pending receipt of exhibit. |
| DTX341 | | DE 3318145 A1 | | Relevance |
| DTX342 | | Bayer's Second Supplemental Response to Dr. Reddy's Interrogatory | 1/11/06 | Relevance |

588023w

**CONTAINS CONFIDENTIAL INFORMATION**
**BAYER V. DR. REDDY'S**
**NO. 04-0179**

| Trial Ex. No. | Bates No. | Description | Doc. Date | Objections[1] |
|---|---|---|---|---|
| DTX343 | | Bayer's Third Supplemental Response to Dr. Reddy's Interrogatory No. 15 | 2/3/06 | Relevance |

588023w