# EXHIBIT 8

## WITNESSES BAYER MAY CALL AT TRIAL

Bayer sets forth below the names and addresses of the witnesses whom Bayer intends to call to testify at trial, either in person or by deposition, and a brief statement of the specialties of the expert witnesses whom Bayer intends to call. Witnesses for whom the address provided is "c/o Bayer" may be contacted through litigation counsel for Bayer. If any witness listed as a person who Bayer intends to call to testify in person is unable to testify live at trial for health reasons, Bayer reserves the right to offer deposition testimony from such witness.

**A.    Witnesses Whom Bayer Intends to Call to Testify in Person**

1.  Uwe Petersen
    c/o Bayer

2.  Thomas Schenke
    c/o Bayer

3.  Peter Bailly
    c/o Bayer

4.  Kurt G. Briscoe
    Norris McLaughlin & Marcus, P.A.
    875 Third Avenue
    18th Floor
    New York, NY 10022

5.  Edward Taylor, Ph.D.
    Princeton University
    Frick Chemical Laboratory
    Washington Road
    Princeton, NJ 08544

Professor Taylor is an expert in medicinal chemistry and drug discovery. He will be testifying regarding the level of ordinary skill in the art as of July 1988, the non-obviousness of the asserted claims of the '517 patent in light of the references on which Reddy relies, and the non-obviousness of the asserted claims of the '942 patent in light of claim 4 or claim 5 of the

'517 patent. Professor Taylor will also testify concerning the immateriality to the claims of the '517 patent of the references on which Reddy relies in its inequitable conduct allegations. Professor Taylor's opinions are set forth in more detail in his expert reports and deposition testimony, and he reserves the right to testify as to any opinions set forth therein and to respond to assertions made by Reddy's experts.

6. George Zhanel, Ph.D.
Department of Medical Microbiology
Faculty of Medicine, University of Manitoba
MS673 Microbiology, Health Sciences Centre
820 Sherbrook Street
Winnipeg, Manitoba, Canada R3A 1R9

Dr. Zhanel is an expert in the microbiology, medical microbiology, and pharmacology of antiinfectives, including quinolones. He will be testifying concerning the level of ordinary skill in the art as of July 1988, and to certain matters within the scope of his expertise regarding the non-obviousness of the asserted claims of the '517 patent, including the interpretation of test results. He will also testify regarding objective indicia of the non-obviousness of the asserted claims of the '517 patent. He will also testify about the unexpected properties of moxifloxacin. Dr. Zhanel's opinions are set forth in more detail in his expert reports and deposition testimony, and he reserves the right to testify as to any opinions set forth therein and to respond to assertions made by Reddy's experts.

B. **Witnesses Whom Bayer Intends to Call to Testify by Deposition**

1. Albert Adrian
c/o Bayer

2. Martin Glenschek-Sieberth**
c/o Bayer

** If Bayer is for some reason unable to introduce the deposition testimony of Mr. Glenschek-Sieberth, Bayer will call him to testify live.

3. William McIntyre
Alpharma
One New England Avenue
Piscataway, NJ 08854

4. Vijay Soni**
Glenmark Pharmaceuticals, Inc., USA
One Independence Way, Suite 210
Princeton, NJ 08540

** If Bayer is for some reason unable to introduce the deposition testimony of Mr. Soni, Bayer will call him to testify live.