## WITNESSES REDDY INTENDS TO CALL AT TRIAL

| Name of Witness | Address of Witness | Live or by Deposition | Field of specialty if testifying as expert witness |
|---|---|---|---|
| S. Srinivas Akula | c/o Budd Larner, P.C.<br>150 JFK Parkway<br>Short Hills, NJ 07078<br>973-379-4800 | Live | |
| Dr. Edmond J. Lavoie | c/o Budd Larner, P.C.<br>150 JFK Parkway<br>Short Hills, NJ 07078<br>973-379-4800 | Live | Expert in medicinal chemistry |
| Dr. Rory P. Remmel | c/o Budd Larner, P.C.<br>150 JFK Parkway<br>Short Hills, NJ 07078<br>973-379-4800 | Live | Expert in medicinal chemistry and microbiology of antibacterial agents |
| Dr. Thomas Schenke | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live | |
| Dr. Uwe Petersen | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live and By Deposition | |
| Dr. Karl Metzger | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live or by Deposition | |
| Dr. Albert Adrian | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live or by Deposition | |
| Dr. Peter Bailly | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live and By Deposition | |

| Kurt D. Briscoe | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live | |
| --- | --- | --- | --- |
| Klauss Dieter-Bremm | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live or by Deposition | |
| Custodian of Records for Norris, McLaughlin & Marcus, P.A. | 721 Route 202-206<br>Bridgewater, NJ 08807<br>(908) 722-0700 | Live | |
| Martin Glenschek-Sieberth | c/o Williams & Connelly LLP<br>727 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 | Live or by Deposition | |

587262