## EXHIBIT 12

## BAYER'S LIST OF MISCELLANEOUS ISSUES FOR THE PRETRIAL CONFERENCE

Bayer intends to raise the following issues at the Pretrial Conference:

1. Scheduling of trial.

2. Amount of time per side.

3. Admission of the deposition testimony of Martin Glenschek-Sieberth.

4. Parties' agreement that Bayer will present the testimony of Thomas Schenke, Uwe Petersen, and Peter Bailly first in Reddy's case-in-chief, and the number and scope of examinations thereafter.