REDDY'S ISSUES FOR THE PRE-TRIAL CONFERENCE

1. Length of trial/trial calendar.

2. Whether Bayer may conduct the direct examination of the following witnesses to be called in Reddy's case with Reddy's cross-examination of these witnesses not being limited to the scope of direct: Petersen, Schenke and Bailly.

3. Whether the Court will admit evidence concerning objective indicia of non-obviousness for obviousness type double patenting and *Schneller* type double patenting.

4. Whether the Court will admit evidence concerning objective indicia of non-obviousness for moxiflonacin regarding obviousness of the '517 claims.

5. Whether Dr. Taylor will be allowed to testify concerning cumulativeness of prior art.

6. How the Court will handle translations and the admissibility of foreign language documents.

7. To the extent to which Bayer offers evidence of relevant people's state of mind in defense to Reddy's claims of inequitable conduct may that constitute a waiver of the attorney-client privilege.

8. Whether the Court would permit amendment to the pre-trial order prior to trial if, as expected, the parties reach further agreement regarding facts not in dispute.

9. Whether witnesses will testify live or by deposition.

10. Access to court room/wiring, etc.

11. Whether the parties will have a closing statement.

12. Objections to exhibits.

587953