IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>  Defendants and Counterclaimants. | C.A. No. 04-179 (SLR) |

## STIPULATED ADDENDUM TO PRETRIAL ORDER

Plaintiffs/counterclaim defendants Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation (collectively, "Bayer") and defendants/counterclaimants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), by undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Section VI (Exhibits) of the Proposed Pretrial Order (D.I. 108) shall be amended to include Paragraph 10 as set forth below:

> 10.   Unless the opposing party asserts an objection to a specific document on the basis of authenticity or on the basis that the document is incomplete, the parties stipulate that all documents used as exhibits are true and correct copies of the documents they purport to be. If an exhibit is objected to on the basis that it is incomplete, the party offering the exhibit may cure this objection by offering the entire document or entire folder or binder from which the exhibit was taken. The parties stipulate that a partial translation of a complete foreign language document does not constitute an incomplete document, provided, however, that all figures and structures in the portion of the original document translated are reflected in the partial translation.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jeffrey B. Bove | /s/ David E. Moore |
| Rudolf E. Hutz (#484) | Richard L. Horwitz (#2246) |
| Jeffrey B. Bove (#998) | Kathleen Furey McDonough (#2395) |
| 1007 North Orange Street | David E. Moore (#3983) |
| P.O. Bo 2207 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-2207 | 1313 North Market Street |
| (302) 658-9141 | Wilmington, DE 19801 |
| (302) 658-5614 (Facsimile) | (302) 984-6000 |
| rhutz@cblh.com | rhorwitz@potteranderson.com |
| jbove@cblh.com | kmcdonough@potteranderson.com |
|  | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | *Attorneys for Defendants/Counterclaimants* |

SO ORDERED this _____ day of _____, 2006.

_____
Hon. Sue L. Robinson
Chief United States District Judge

723544