IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>         Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-179-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 23d day of March, 2006, having conferred with the parties;

IT IS ORDERED that the bench trial originally scheduled to commence on March 27, 2006 is hereby rescheduled to **Monday, August 7, 2006**, at 8:30 a.m. in courtroom 6B on the 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                  _/s/ Sue L. Robinson_
                                                  United States District Judge