**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>   Plaintiffs and<br>   Counterclaim Defendants,<br><br>   v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>   Defendants<br>   and Counterclaimants. | Civil Action No. 04-179 (SLR) |

**O R D E R**

Trial of this case, originally scheduled to commence on March 27, 2006, has been postponed at the request of defendants/counterclaimants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy") and the Court has set a new trial date of August 7, 2006, a delay of 133 days.

For the reasons stated on the record during the March 22, 2006 conference call with the parties, and pursuant to the Court's authority under 21 U.S.C. § 355(j)(5)(B)(iii);

IT IS HEREBY ORDERED that the expiration of "the thirty-month period" set forth in 21 U.S.C. § 355(j)(5)(B)(iii) and 21 U.S.C. § 355(j)(5)(F)(ii), both relating to the effective date of the approval of Reddy's Abbreviated New Drug Application No. 76-938 for

2

moxifloxacin hydrochloride tablets, is hereby extended from June 10, 2007 until October 21, 2007.

SO ORDERED this _____ day of _____, 2006.

_____
Sue L. Robinson
Chief United States District Judge