IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>    Defendants<br>    and Counterclaimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-179 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Trial of this case, originally scheduled to commence on March 27, 2006, has been postponed at the request of defendants/counterclaimants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy") and the Court has set a new trial date of August 7, 2006, a delay of 133 days.

For the reasons stated on the record during the March 22, 2006 conference call with the parties, and pursuant to the Court's authority under 21 U.S.C. § 355(j)(5)(B)(iii);

IT IS HEREBY ORDERED that the expiration of "the thirty-month period" set forth in 21 U.S.C. § 355(j)(5)(B)(iii) and 21 U.S.C. § 355(j)(5)(F)(ii), both relating to the effective date of the approval of Reddy's Abbreviated New Drug Application No. 76-938 for

moxifloxacin hydrochloride tablets, is hereby extended from June 10, 2007 until October 21, 2007.

        SO ORDERED this ___30th___ day of ___March___, 2006.

                                      _____
                                      Sue L. Robinson
                                      Chief United States District Judge