IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>　　　　Defendants.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>　　　　Counterclaim Plaintiffs,<br>　v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>　　　　Counterclaim Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 04-179 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER

The parties stipulate that each of PTX 33, PTX 34, PTX 35, PTX 36, PTX 37, PTX 38, PTX 39, PTX 41, PTX 42, PTX 45, PTX 46, PTX 47, PTX 48, PTX 50, PTX 59, PTX 76, PTX 105, PTX 106, PTX 107, PTX 203, PTX 204, PTX 210, PTX 212, PTX 215, PTX 218, PTX 221, PTX 222, PTX 230, PTX 231, PTX 233, PTX 245, PTX 250, PTX 328, PTX 1023, PTX 1115, PTX 1115-A, PTX1115-B, PTX1115-C, PTX 1158, PTX 1165, and DTX 4, DTX 23, DTX 28, DTX82-C, DTX87, DTX 115, DTX 120, DTX 138, DTX 160, DTX 165, DTX 173, DTX 174, DTX 178, DTX 218B, DTX 231, DTX 245, DTX 246, DTX 250, DTX 259, DTX

458424

260, DTX 261A, DTX 272, DTX 296, DTX 305, DTX 328, DTX 329, DTX 331, DTX 341 are "printed publications" pursuant to 35 U.S.C. § 102 as of at least June 29, 1988, with the proviso that page 10 of DTX 115 and PTX 1115 and the first page of PTX 39 are not part of the publications, and the handwriting on DTX87 is not part of the publication.

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| __/s/ Jeffrey B. Bove_____<br>Rudolf E. Hutz (#484)<br>Jeffrey B. Bove (#998)<br>1007 North Orange Street<br>P.O. Bo 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>(302) 658-5614 (Facsimile)<br><br>OF COUNSEL:<br>Bruce R. Genderson<br>Adam L. Perlman<br>Aaron P. Maurer<br>David I. Berl<br>Dov P. Grossman<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434-5000<br><br>Attorneys for Plaintiffs | __/s/ David E. Moore_____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br><br>OF COUNSEL:<br>Louis H. Weinstein<br>David J. Novack<br>Michael Covino<br>Frank D. Rodriguez<br>Michael H. Imbacuan<br>Budd Larner, PC<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078<br>(973) 379-4800<br><br>Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006,


_____
Hon. Sue L. Robinson
Chief United States District Judge