IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bayer AG, Bayer Healthcare AG and Bayer Pharmaceuticals Corporation | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-179-SLR |
| Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO:  Clerk of the Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

Please enter the appearance of Richards, Layton & Finger as counsel to plaintiffs, Bayer AG, Bayer Healthcare AG and Bayer Pharmaceuticals Corporation and substitute that firm for the firm of Connolly Bove Lodge & Hutz LLP.

RLF1-3025019-1

| | |
|---|---|
| Of Counsel:<br><br>Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>David I. Berl<br>Aaron P. Maurer<br>Williams and Connolly<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 | */s/ Jeffrey B. Bove*<br>Rudolf E. Hutz (#484)<br>hutz@cblh.com<br>Jeffrey B. Bove (#998)<br>bove@cblh.com<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br><br>_____<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Plaintiffs |

Dated: June 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com