IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 04-179 (SLR) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) ) | |

## STIPULATION AND ORDER REGARDING MPEP SECTIONS

It is hereby STIPULATED and ORDERED that:

1.     The Foreword to the 5th edition of the Manual of Patent Examining Procedure ("MPEP"), PTX 60, was in effect from August 1983 until at least November 1992.

2.     The Foreword to the current version of the MPEP, which is the 8th edition, 4th revision, PTX 63, has been in effect since at least August 2005.

3.     Chapter 100 of the 5th edition of the MPEP, contained in DTX 290, was in effect from August 1983 until September 1988.

4.     Chapter 1300 of the 5th edition of the MPEP, contained in DTX 290, was in effect from August 1983 until November 1992.

5.     Chapter 600 of the 5th edition, 8th revision of the MPEP, DTX 97, DTX 185, and DTX 289, was in effect from May 1988 until November 1992.

6.      Except for pages 700-39, -40, -77, -78, and -78.1, Chapter 700 of the 5th edition, 6th revision of the MPEP, DTX 241, was in effect from October 1987 until at least November 1992.

7.      Chapter 800 of the 5th edition, 8th revision of the MPEP, PTX 61 and DTX 182, was in effect from May 1988 until at least November 1992.

8.      Chapter 800 of the 6th edition, 1st revision of the MPEP, DTX 242, was in effect from September 1995 until July 1996.

9.      Chapter 800 of the 6th edition, 2nd revision of the MPEP, DTX 243, was in effect from July 1996 until July 1997.

10.     Chapter 800 of the current version of the MPEP, which is the 8th edition, 4th revision, PTX 64, has been in effect since August 2005.

11.     Chapter 1400 of the 6th edition of the MPEP, PTX 68, was in effect from at least January 1995 until at least September 1995.

12.     Chapter 2000 of the 5th edition, 3rd revision of the MPEP, PTX 70 and DTX 188, was in effect from May 1986 until November 1992.

13.     Section 2200 of 5th edition, 12th revision of the MPEP, DTX 345, including Section 2239, PTX 62, was in effect from July 1989 until November 1992.

2

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Anne Shea Gaza

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
cottrell@rlf.com
moyer@rlf.com
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 198
(302) 651-7700
(302) 651-7701 (Facsimile)

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Attorneys for Plaintiffs

**POTTER ANDERSON & CORROON LLP**

/s/ David E. Moore

Richard L. Horwitz (#2246)
David E. Moore (#3983)
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000

OF COUNSEL:
Louis H. Weinstein
Frank D. Rodriguez
David J. Novak
A. Michael Covino
Budd Larner, PC
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800

Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006,

_____
Hon. Sue L. Robinson
Chief United States District Judge

3