IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION | ) ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 04-179 (SLR) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) | |
| Defendants and Counterclaimants. | ) ) ) ) | |

## PARTIES' REVISED EXHIBIT LISTS

Pursuant to Section VI.3. of the Proposed Pretrial Order (D.I. 108), Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation (collectively "Bayer") and defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Reddy'), by undersigned counsel, hereby submit (1) Bayer's Revised Trial Exhibit List (attached hereto as Exhibit 6), and (2) Reddy's "Revised" Trial Exhibit List 8/4/06 (attached hereto as Exhibit 7). These revised exhibit lists are submitted to replace Exhibits 6 and 7 of the Proposed Pretrial Order.

**RICHARDS, LAYTON & FINGER, P.A.**

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 198
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
gaza@rlf.com

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Attorneys for Plaintiffs

**POTTER ANDERSON & CORROON LLP**

*/s/ Kathleen Furey McDonough*
Richard L. Horwitz (#2246)
Kathleen Furey McDonough (#2395)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
kmcdonough@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:
Louis H. Weinstein
Bruce D. Radin
Frank D. Rodriguez
Budd Larner, PC
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800

Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006,

_____
Hon. Sue L. Robinson
Chief United States District Judge

2

RLF1-3045226-1