AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

                                    DISTRICT OF                          DELAWARE

BAYER AG, BAYER HEALTHCARE AG and
BAYER PHARMACEUTICAL CORPORATION
V.
DR. REDDY'S LABORATORIES, LTD and
DR. REDDY'S LABORATORIES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-179-SLR

| PRESIDING JUDGE SUE L. ROBINSON | PLAINTIFF'S ATTORNEY Jeffrey Moyer, Esq. | DEFENDANT'S ATTORNEY Kathleen F. McDonough, Esq. |
|---|---|---|
| TRIAL DATE(S) 8/7/06-8/11/06, 8/14-8/15/06 | COURT REPORTER V. GUNNING | COURTROOM DEPUTY F. TASSONE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2143 | | 8/7/06 | | YES | Compound Drawing: Ciprofloxacin    (Schenke) |
| 1 | | 8/7/06 | | YES | U.S. Patent '517    (Schenke) |
| 2070 | | 8/7/06 | | YES | Compound Drawing: Five Unsubstituted Bicycles ... (Schenke) |
| 2 | | 8/7/06 | | YES | Certified Copy of Prosecution History- USPN 4,990,517, Petersen et al. (Schenke) |
| | 74 | 8/7/06 | | YES | Combined Declaration and Power of Attorney  (Schenke) |
| | 161 | 8/7/06 | | YES | DE 36 01 567 A1  (Schenke) |
| 106 | | 8/7/06 | | YES | EP Application 0159174 A2, Hutt et al. (Schenke) |
| 2141 | | 8/7/06 | | YES | Compound Drawing: Compounds within the scope of claim 1 as originally filed (Schenke) |
| 170 | | 8/7/06 | | YES | Compound Card for PEW 6348  (Schenke) |
| 167 | | 8/7/06 | | YES | Collection of Bayer Data  (Schenke) |
| 15 | | 8/7/06 | | YES | Prosecution History of USPN '999 (Schenke) |
| | 46 | 8/7/06 | | YES | German patent application (P 38 24 072.6)  (Schenke) |
| | 76 | 8/7/06 | | YES | "Protokoll der 12.Projektbesprechung Chinolone au 22.12.1988"  (Schenke) |
| | 218B | 8/7/06 | | YES | Birkofer, et al., Justus Liebigs Ann. Der Chemie, 677,154-157 (1964)(Schenke) |
| | 47 | 8/7/06 | | YES | U.S. Application No. 07/375434 (Schenke) |
| | 77 | 8/7/06 | | YES | "Projektbesprechung Antiinfektiva 11.Maj.1989"  (Schenke) |
| | 1 | 8/7/06 | | YES | Protokoll der 2. Projektbesprechung Chinolone au 25.11.1987 (Schenke) |
| | 28 | 8/7/06 | | YES | Certified Copy of EP 0 241 206  Applicaton (Schenke) |
| | 2 | 8/7/06 | | YES | Protokoll der 3. Projektbesprechung Chinolone au 26.1.1988(Schenke) |
| | 5 | 8/7/06 | | YES | Letter to Dr. Petersen with attachments  (Schenke) |
| | 4 | 8/7/06 | | YES | Egawa et al., "Pyridonecarboyxlic Acids as Antibacterial Agents,"(Schenke) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8      Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| BAYER | | vs. | | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 511 | 8/7/06 | | YES | Structures of Ciprofloxacin... (Schenke) |
| | 512 | 8/7/06 | | YES | Structures of Claim 7 of '517 Patent... (Schenke) |
| | 510 | 8/7/06 | | YES | Structures of Claim 7 of '517 Patent; Compound VIII of LiebigsAnn (Schenke) |
| | 341 | 8/7/06 | | YES | DE 3318145 A1(Schenke) |
| | 86 | 8/7/06 | | YES | Literature Data Cards (Schenke) |
| 2071 | A | 8/7/06 | | YES | Compound Drawing: Moxifloxacin(Petersen) |
| 3 | | 8/7/06 | | YES | Certified Copy of USPN '942 (Petersen) |
| 85 | | 8/7/06 | | YES | Table of Compound Drawings (Petersen) |
| 2055 | | 8/7/06 | | YES | Compound Drawing: Sankyo 1-130(Petersen) |
| 2071 | B | 8/7/06 | | YES | Compound Drawing: Examples of 7 - Position Substituents (Petersen) |
| 2054 | | 8/8/06 | | YES | Compound Drawing: AT-3295(Petersen) |
| | 13 | 8/8/06 | | YES | Statusbericht 1985(Petersen) |
| | 14 | 8/8/06 | | YES | Statusbericht 1986(Petersen) |
| | 15 | 8/8/06 | | YES | Statusbericht 1987(Petersen) |
| | 16 | 8/8/06 | | YES | Statusbericht 1988(Petersen) |
| 179 | | 8/8/06 | | YES | Collection of Bayer data(Petersen) |
| | 256 | 8/8/06 | | YES | Certified Patent, EP 0 106 489 A2(Petersen) |
| 2198 | | 8/8/06 | | YES | Compound Drawing: Bayer and Culbertson 5, 5-Bicycles (Petersen) |
| | 139 | 8/8/06 | | obj/YES | Petersen's notebook #20(Petersen) |
| 164B | | 8/8/06 | | YES | Collection of Bayer Data (Petersen) |
| 1158 | | 8/8/06 | | YES | Albrecht, Development of Antibacterial Agents of Nalidixic Acid Type (Petersen) |
| 2058 | | 8/8/06 | | YES | Compound Drawing: Claims 4 and 5 of the '517 Patent (Petersen) |
| 2121 | A | 8/8/06 | | obj/YES | Data Comparison:8 -Hydrogen and 8-Methoxy:Culberson '489(Petersen) |
| 2121 | C | 8/8/06 | | YES | Data Comparison: 8-Flouro and 8-Methoxy: Culbertson '489 (Petersen) |

Page 2 of 8 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| BAYER | | vs. | | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 35 | | 8/8/06 | | YES | USPN '629 (Petersen) |
| 51 | | 8/8/06 | | YES | Minutes Meeting from Project: Substances for Chemical Therapy (Petersen) |
| 52 | | 8/8/06 | | YES | Minutes from the AKF "Antibacterial Therapy" Meeting on 923/1987(Petersen) |
| 2005 | | 8/8/06 | | YES | Compound Drawing: Quaternary Carbon(Petersen) |
| 14 | | 8/8/06 | | YES | Prosecution History of USSN 07/298,459 (Petersen) |
| 163 | | 8/8/06 | | YES | Collection of Bayer Data(Petersen) |
| 56A | | 8/8/06 | | YES | Picture of Petersen Patent Abstract Card Collection Box 1(Petersen) |
| 57A | | 8/8/06 | | YES | Picture of Petersen Patent Abstract Card Collection Box 2(Petersen) |
| 1026 | | 8/8/06 | | YES | USPN '484(Petersen) |
| 2022 | | 8/8/06 | | YES | Compound Drawing: Cinafloxacin and Moxifloxacin(Petersen) |
| 2073 | | 8/8/06 | | YES | (Petersen) |
| 48 | | 8/8/06 | | YES | 14th International Congress of Chemotherapy: Abstract P-35-41, AT-3295...(Petersen) |
| | 3 | 8/8/06 | | YES | "Protokoll der 28. Projektbesprechung Chinolone" 25.9.1990 (Petersen) |
| | 600 | 8/8/06 | | YES | Card (Petersen) |
| | 601 | 8/8/06 | | YES | Card (Petersen) |
| | 602 | 8/8/06 | | YES | Card (Petersen) |
| | 17 | 8/8/06 | | YES | "Statusbericht 1989" (Petersen) |
| | 18 | 8/8/06 | | YES | Status Report: AK Research "Antibacterial Therapy" 1990 (Petersen) |
| | 80 | 8/8/06 | | YES | U. Petersen "Die Evolution der Chinolone:..."(Petersen) |
| | 82B | 8/8/06 | | YES | 14th International Congress of Chemotherapy, June 23-28, 1985 (Petersen) |
| | 87 | 8/8/06 | | YES | Literature Data Cards (Petersen) |
| | 88 | 8/8/06 | | YES | Petersen binder 26108 I (Petersen) |
| | 603 | 8/8/06 | | YES | Card (Petersen) |
| | 255 | 8/8/06 | | YES | Certified Patent, US Patent No. 5,071,999(Petersen) |
| | 261A | 8/8/06 | | YES | Certified Patent number JP60-126284 (Petersen) |
| | 505 | 8/8/06 | | YES | Compound Drawing... (Petersen) |
| 1078 | | 8/8/06 | | YES | Petersen's Laboratory notebook for PEW 6731- PEW 6875(Petersen) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | BAYER | | vs. | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1079 | | 8/8/06 | | YES | Petersen's Laboratory Notebook for PEW 6876-PEW 7000(Petersen) |
| | 223A | 8/8/06 | | YES | Pages from Sprung Horn's Patent Files re: abandoned 08-026,906 pros hist(Petersen) |
| | 214 | 8/8/06 | | YES | Bayer Privilege Log(Petersen) |
| | 214A | 8/8/06 | | YES | 3/21/06 Letter to L. Weinstein From D. Grossman(Petersen) |
| 1135 | A | 8/8/06 | | YES | Petersen, Quinolone Antibiotics: The Development of Moxifloxacin (Petersen) |
| 11 | | 8/9/06 | | YES | Prosecution History of USPN '597 (Bailly) |
| 4 | | 8/9/06 | | YES | Certified Copy of the Prosecution History of USPN '942(Bailly) |
| 2075 | | 8/9/06 | | YES | Compound Drawing: AT-3295 and Sankyo 1-130(Bailly) |
| 12 | | 8/9/06 | | YES | Prosecution History of USPN '096 (Bailly) |
| | 95 | 8/9/06 | | YES | Pages from Bayer's Patent files re: LeA 26108 (Bailly) |
| | 90 | 8/9/06 | | YES | Bayer's Patent Files re: LeA 25 727 (Bailly) |
| | 98 | 8/9/06 | | YES | Pages from Bayer's Patent files re: Le A 26108(Bailly) |
| | 279 | 8/9/06 | | YES | Office Action re: Appl. No.89111950.5 (Bailly) |
| 1093 | | 8/9/06 | | YES | Patent File LeA06 108-USA-3CIP (Bailly) |
| | 97 | 8/9/06 | | YES | Certified copy of MPEP Chapter 600, 5th Edition and 8th Revision May 1988 (Bailly) |
| | 182 | 8/9/06 | | YES | Certified "original MPEP Chapter 800, 5th and 8th Revision" (Bailly) |
| | 188 | 8/9/06 | | YES | Certified "The Original MPEP Chapter 2000, 5th Edition and 3rd Revision May 1986" |
| | 242 | 8/9/06 | | YES | Certified MPEP Chapter 800, Revision 1 (Bailly) |
| | 243 | 8/9/06 | | YES | Certified MPEP, Chapter 800, Revision 2 (Bailly) |
| | 290 | 8/9/06 | | YES | Certified MPEP Chapters 100 and 1300, 5th Edition (Bailly) |
| | 345 | 8/9/06 | | YES | Chapter 2200-Citation of Prior Art and Reexamination of Patents (Bailly) |
| 66 | | 8/10/06 | | YES | Prosecution History of USPN '517: Letter from Bailly / Danner to SprungHorn (Briscoe) |
| JTX | 1 | 8/10/06 | | YES | Statement of Admitted Facts Requiring No Proof |
| JTX | 2 | 8/10/06 | | YES | Stipulation |
| JTX | 3 | 8/10/06 | | YES | Stipulation |
| JTX | 4 | 8/10/06 | | YES | Stipulation |
| JTX | 5 | 8/10/06 | | YES | Stipulation |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| BAYER | | vs. | | DR. REDDY'S LAB | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 295 | 8/10/06 | | YES | CV of Dr. LaVoie (LaVoie) |
| | 257 | 8/10/06 | | YES | Certified Patent, EP 0 195 316 (LaVoie) |
| | 258 | 8/10/06 | | YES | Certified Patent, US '784 (LaVoie) |
| | 259 | 8/10/06 | | YES | Certified Patent, US '144 (LaVoie) |
| | 500 | 8/10/06 | | YES | Structures from DTX 257, 258, 259 (LaVoie) |
| | 501 | 8/10/06 | | YES | Sankyo Compound 1-130 (LaVoie) |
| | 502 | 8/10/06 | | YES | Dainippon Compound AT-3295 (LaVoie) |
| | 503 | 8/10/06 | | YES | Sankyo Compound 1-130; Dainippon Compount AT 3295 (LaVoie) |
| | 299 | 8/10/06 | | YES | Patent Abstracts of Japan- Pub. No. 59137481 A (LaVoie) |
| 2121 | D | 8/10/06 | | YES | Data Comparison: Monocycle and Spirocycle: Culbertson '489(LaVoie) |
| | 151 | 8/10/06 | | YES | Picture of Model (D151)(LaVoie) |
| | 153 | 8/10/06 | | YES | Picture of Model (D153)(LaVoie) |
| | 260 | 8/10/06 | | YES | Certified Patent, US '648(LaVoie) |
| | 504 | 8/10/06 | | YES | Compounds (LaVoie) |
| | 254 | 8/10/06 | | YES | Certified Patent, US Patent No. '920 (LaVoie) |
| | 506 | 8/10/06 | | YES | 4 Stereo Isomers (LaVoie) |
| | 305 | 8/10/06 | | YES | Ariens, "Stereochemistry, a Basis for Sophisticated Nonsense in..." (LaVoie) |
| | 304 | 8/10/06 | | YES | "Guideline for Submitting Supporting Documentation in Drug Applications..." (LaVoie) |
| | 509 | 8/10/06 | | YES | Compound 1-144 of the Sankyo '206 Application (LaVoie) |
| | 507 | 8/10/06 | | YES | Compound 45a of Egawa, H. Et al. (LaVoie) |
| | 291 | 8/10/06 | | YES | Patent Application (US Serial No. 07/580906)(LaVoie) |
| 2118 | B | 8/10/06 | | YES | Data Comparison: Sankyo EP '206 Tables 5 and 6 (LaVoie) |
| 2164 | | 8/10/06 | | YES | Spirocycles, Fused Bicycles, Monocyles (LaVoie) |
| | 22 | 8/11/06 | | YES | Poster and Close-up (D22)(Metzger) |
| | 25 | 8/11/06 | | YES | Thurberg, et al., " In Vitro Activity of Bay Y 3118, a New Quinolone" (Metzger) |
| | 29 | 8/11/06 | | YES | 30(b)(6) Notice of Deposition of Bayer (Bremm) |
| | 34 | 8/11/06 | | YES | Minutes of Emergency Team Meeting: Bay Y 3118, 3/93 (Bremm) |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| BAYER | | | vs. | | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES ||
| | 49 | 8/11/06 | | YES | Certified file history, US Patent Applicaton No. 07/298,459 (part 1 of 2)(Adrian) ||
| depo100 | 191 | 8/11/06 | | YES | File History Section re: App. Serial No. 06/815440 ( admitted as P 100) (Adrian) ||
| | 192 | 8/11/06 | | YES | Declaration of John L. Sang (with attachments) ||
| | 40 | 8/11/06 | | YES | Patent Application for LeA 26 108-US/03 CIP ||
| | 332 | 8/11/06 | | YES | Martindale Hubbell listing for Leanard Horn, Kurt Briscoe ||
| | 333 | 8/11/06 | | YES | Martindale listing for Leonard Horn, 1985 ||
| | 219 | 8/11/06 | | obj/YES | "Defendant Miles Inc.'s Motion to Alter or Amend Jgm..." and memorandum in support ||
| | | | | | ||
| 10 | | 8/11/06 | | YES | CV of Dr. George G. Zhanel (Zhanel) ||
| 42 | | 8/11/06 | | YES | Abstracts of the Annual Meeting of the Am. Soc. Of Microbiology 1988 (Zhanel) ||
| 2056 | | 8/11/06 | | YES | Compound Drawing: Bayer and Culberson Bicycles (Zhanel) ||
| 2107 | A | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: In Vitro (Zhanel) ||
| 2107 | F | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: In Vitro (Zhanel) ||
| 2109 | A | 8/11/06 | | YES | Data Comparison: Byer and Culbertson: In Vivo EfficacyAgainst Pseudomonas (Zhanel) ||
| 2109 | B | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: In Vivo Efficacy Against E. Coli (Zhanel) ||
| 2110 | | 8/11/06 | | YES | Data Comparison: Bayer and Culberson: In Vivo Efficacy (Zhanel) ||
| 2111 | | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: In Vivo Toxicity (Zhanel) ||
| 2112 | A | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: Pharmacokinetics... Heart...(Zhanel) ||
| 2112 | C | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: Pharmacokinetics... Tissue...(Zhanel) ||
| 2113 | A | 8/11/06 | | YES | Datat Comparison: Bayer and Culbertson:Pharmacokinetics... Serum...(Zhanel) ||
| 2113 | B | 8/11/06 | | YES | Data Comparison: Bayer and Culbertson: Pharmacokinetics...Serum...(Zhanel) ||
| 162 | | 8/11/06 | | YES | Collection of Bayer Data (Zhanel) ||
| 181 | | 8/11/06 | | obj/YES | Collection of Bayer Data (Zhanel) ||
| 182 | | 8/11/06 | | obj/YES | Collection of Bayer Data (Zhanel) ||
| | 115 | 8/11/06 | | YES | "In vitro Antibacterial Activity of AT-3295, a New Pyridonecarboxylic..."(Zhanel) ||
| 41 | | 8/11/06 | | YES | EP Application 0181521 A1 (Zhanel) ||
| 77 | | 8/11/06 | | YES | MIC Data. for Various Compounds from Table 3 of EP Application 0181521(Zhanel) ||

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| BAYER | | vs. | | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 527 | 8/14/06 |  | YES | Bayer 5/5-Bicycle, Culbertson EP'4895/5Bicycle, 7-Position Substituent (Zhanel) |
| 8 |  | 8/14/06 |  | YES | CV of Professor Edward C. Taylor (Taylor) |
| 2142 |  | 8/14/06 |  | YES | Compound Drawing: 3-Amino-4-Methyl Pyrrolidine and Bayer5,5-Bicycle (Taylor) |
| 2156 |  | 8/14/06 |  | YES | Sankyo 1-130 and 1-131(Taylor) |
| 2402 |  | 8/14/06 |  | YES | (Taylor) |
| 2132 |  | 8/14/06 |  | YES | (Taylor) |
| 40 |  | 8/14/06 |  | YES | USPN '175 (Taylor) |
| 2026 | B | 8/14/06 |  | YES | (Taylor) |
| 245 |  | 8/14/06 |  | YES | Wentland and Cornett, Quinolone Antibacterial Agents (ch15)(Taylor) |
| 215 |  | 8/14/06 |  | YES | Cornett and Wentland, Quinolone Antibacterial Agents (ch14)(Taylor) |
| 221 |  | 8/14/06 |  | YES | Fernandes and Chu, Quinolones, (ch 12) (Taylor) |
| 220 |  | 8/14/06 |  | YES | Fernandes and Chu, Quinolone Antibacterial Agents (ch14)(Taylor) |
| 34 |  | 8/14/06 |  | YES | Domagala et al., New Structure-Activity Relationships of the Quinolone ...(Taylor) |
| 2124 |  | 8/14/06 |  | YES | (Taylor) |
| 33 |  | 8/14/06 |  | YES | Sanchez, et al., Quinolone Antibacterial Agents. Syntesis and Structure - ...(Taylor) |
| 50 |  | 8/14/06 |  | YES | Domagala, et al., 7-Substituted 5-Amino-1-Cyclopropyl-6, ...(Taylor) |
| 2407 |  | 8/14/06 |  | YES | (Taylor) |
| 2130 |  | 8/14/06 |  | YES | (Taylor) |
| 2121 | E | 8/14/06 |  | YES | Data Comparison: Monocycle and Spirocycle: Culbertson '489(Taylor) |
| 2057 |  | 8/14/06 |  | YES | Compound Drawing: '517 and Tone Bicycles (Taylor) |
| 2165 |  | 8/14/06 |  | YES | Compound Drawing: Bayer and Hokuriku (Taylor) |
|  |  |  |  |  |  |
| 2128 |  | 8/14/06 |  | YES | (Taylor) |
| 2195 | C | 8/14/06 |  | YES | (Taylor) |
| 2195 | B | 8/14/06 |  | YES | (Taylor) |
| 2140 | E | 8/14/06 |  | YES | (Taylor) |
| 60 |  | 8/14/06 |  | YES | Manual of Patent Examining Procedure: Foreword (5th ed.) |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| BAYER | | | vs. | | DR. REDDY'S LAB. | CASE NO. 04-179-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 63 | | 8/14/06 | | YES | Manual of Patent Examining Procedure: Foreword (8th ed., 4th rev) | |
| 64 | | 8/14/06 | | YES | Manual of Patent Examining Procedure: Chapter 800 (8th ed, 4th rev) | |
| 68 | | 8/14/06 | | YES | Manual of Patent Examining Procedure: Chapter 1400 (6th ed) | |
| 2195 | A | 8/15/06 | | YES | | |
| 2195 | D | 8/15/06 | | YES | | |
| 222 | | 8/15/06 | | YES | Fernandes, Mode of Action, and In Vitro and In Vivo Activities ... | |
| 140 | | 5/15/06 | | YES | Compound Card for SEW 2554 (Glenschek-Sieberth) | |
| 141 | | 5/15/06 | | YES | Compound Card for SEW 2532 (Glenschek-Sieberth) | |
| 142 | | 5/15/06 | | YES | Annotated Compound Card for PEW 7645B (Glenschek-Sieberth) | |
| 142 | A | 5/15/06 | | YES | Compound Card for PEW 7645B (Glenschek-Sieberth) | |
| 1170 | | 5/15/06 | | YES | Draft Stipulation and Order (Glenschek-Sieberth) | |
| | 114A | 5/15/06 | | YES | CV of Dr. Rory P. Remmel, Ph.D. (Remmel) | |