# BUDD LARNER
### A PROFESSIONAL CORPORATION
#### COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

DIRECT DIAL (973) 315-4538
E-mail: lweinstein@budd-larner.com

August 22, 2006

**BY FEDERAL EXPRESS**

Ms. Francesca Tassone,
Courtroom Deputy for the
Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street
Room 6124, Lockbox 31
Wilmington, Delaware 19801



Re:  Bayer AG, et al. v. Dr. Reddy's Laboratories, Ltd., et al., No. 04-0179

Dear Ms. Tassone:

Enclosed please find the original marked exhibit for DTX 151 and DTX 153. Judge Robinson allowed Defendant DRL to take and submit a picture of the models admitted during Prof. LaVoie's testimony on August 10, 2006. Plaintiffs have agreed to the admission of this exhibit.

If you have any questions or concerns, please do not hesitate to telephone our office.

Sincerely,

Louis H. Weinstein

LHW/mag
cc:   Adam L. Perlman, Esq. (w/ encls.)

609494.w