

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

August 25, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
   for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

>   Re:    Bayer AG, et al. v. Dr. Reddy's Laboratories, Ltd., et al.
>          C. A. No. 04-0179-SLR

Dear Chief Judge Robinson:

Pursuant to the Court's instructions, the parties are working to eliminate multiple documents from the Court's consideration if an exhibit admitted into evidence is part of a larger exhibit that was also admitted into evidence.

In such circumstances, Reddy proposes to annotate the transcript to show where the small exhibit can be found in the larger exhibit, since we are attempting to remove the smaller exhibits from the record.

For example, Defendants' Exhibit 291 is part of Plaintiffs' Exhibit 011. Both were admitted into evidence. Reddy proposes annotating the transcript to include a bracketed cross reference to where Defendants' Exhibit 291 can be found inside of Plaintiffs' Exhibit 011.

An example of such a proposed annotation, to page 935 of the rough transcript, would be as follows:

>   Line 10    Q.    Could you please look at Page 175 of Defendants'
>
>   Line 11    Exhibit 291 [PTX 011, at pp. DRLMOX 036290-036485]?

The Court indicated at trial that the transcript should not be changed. The Reddy Defendants believe that such annotations would not change the transcript, but instead would

The Honorable Sue L. Robinson
August 25, 2006
Page 2

create a useful cross reference that would clarify the record in one document. Reddy believes that only about 20 such annotations would be needed, and we have been advised that the Bayer Plaintiffs do not object to this procedure. Attached is a list of such annotations. Alternatively, as Bayer prefers, we could create a stipulation that would cross reference exhibit and page numbers. The disadvantage of that method is that the parties and the Court would have to review the transcript and the stipulation whenever considering the language in a post-trial brief, to ensure that the correct references were being reviewed.

With the Court's indulgence, we will await Your Honor's direction as to how the Court wishes the parties to proceed, but we wanted to advise the Court as to the method that Reddy thought would be most efficient and user friendly to implement.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

/747556

cc: Clerk of the Court
     Len Dibbs, Official Court Reporter
     Frederick L. Cottrell, III, Esquire
     Bruce R. Genderson, Esquire
     Louis H. Weinstein, Esquire

Annotations to Rough Transcript
(Add Brackets and Language in Brackets)

| Page/Line | | |
|---|---|---|
| 142:16 | after "46" add | [PTX 002 at BL020-000714 to 000844] |
| 143:18 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 149:14 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 149:20 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 150:2 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 150:9 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 160:13 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| 399:12 | after "Exhibit 46" add | [PTX 002 at BL020-000714 to 000844] |
| | | |
| 155:25 | after "041205" add | [PTX 002 at BL020-000527] |
| | | |
| 155:21 | after "DTX-47" add | [PTX 002 at BL020-000338 to 000528] |
| 155:22 | after "DTX-47" add | [PTX 002 at BL020-000338 to 000528] |
| 400:12 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| 400:15 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| 931:25 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| 932:5 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| 933:14 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| 935:2 | after "Exhibit 47" add | [PTX 002 at BL020-000338 to 000528] |
| | | |
| 935:8 | after "291" add | [PTX 011 at DRLMOX 036290 to 036485] |
| 935:11 | after "291" add | [PTX 011 at DRLMOX 036290 to 036485] |