IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BAYER AG, BAYER HEALTHCARE AG                    )
and BAYER PHARMACEUTICALS                        )
CORPORATION,                                     )
                                                 )
                    Plaintiffs and               )
                    Counterclaim Defendants,     )
                                                 )
          v.                                     )          Civil Action No. 04-179 (SLR)
                                                 )
DR. REDDY'S LABORATORIES, LTD. and               )
DR. REDDY'S LABORATORIES, INC.,                  )
                                                 )
                    Defendants                   )
                    and Counterclaimants.        )
_____  )

**STIPULATION AND ORDER**
**REGARDING SCHEDULE FOR POST-TRIAL BRIEFING**

Having discussed the matter with the Court during the trial in the above-captioned matter

on August 15, 2006, the parties hereby stipulate, subject to order of the Court, to the following

post-trial briefing schedule:

Opening briefs shall be filed and served on September 29, 2006. Responsive briefs shall

be filed and served on October 30, 2006. The following page limits shall apply: ninety (90)

pages for opening briefs and forty-five (45) pages for responsive briefs. If necessary, plaintiffs

may file a five (5) page sur-reply brief responding to any arguments made by defendants in their

responsive brief that any of plaintiffs' experts' testimony relied on in plaintiffs' opening brief

was outside the scope of their expert reports. The parties shall not submit separate proposed

findings of fact.

**RICHARDS, LAYTON & FINGER, P.A.**

_Anne Shea Gaza_

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
cottrell@rlf.com
moyer@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, Delaware 198
(302) 651-7700
(302) 651-7701 (Facsimile)

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Attorneys for Plaintiffs

**POTTER ANDERSON & CORROON LLP**

_/s/ Richard L. Horwitz_

Richard L. Horwitz (#2246)
Kathleen Furey McDonough (#2395)
David E. Moore (#3983)
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000

OF COUNSEL:
Louis H. Weinstein
Frank D. Rodriguez
David J. Novak
A. Michael Covino
Budd Larner, PC
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800

Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006,

_____
Hon. Sue L. Robinson
Chief United States District Judge

2