IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C. A. No. 04-179 (SLR)

**UNOPPOSED MOTION FOR AN EXTENSION
OF THE POST-TRIAL BRIEFING SCHEDULE**

Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "Defendants") hereby move this Court for an extension of the post-trial briefing schedule. Pursuant to a previously entered Stipulation and Order (D.I. 130), opening post-trial briefs are due September 29, 2006, and responsive post-trial briefs are due October 30, 2006. Defendants respectfully request a limited extension of these deadlines to October 6, 2006 for opening post-trial briefs and November 8, 2006 for

responsive post-trial briefs, respectively. Defendants seek no change to the remaining terms of the previously-entered Stipulation and Order.

Defendants have conferred with the Plaintiffs and Plaintiffs have indicated that they do not oppose this Motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis H. Weinstein
BUDD LARNER, P.C.
150 John F. Kennedy Parkway CN1000
Short Hills, New Jersey 07078
Tel: (973) 379- 4800

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
Kathleen Furey McDonough (#2395)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Dated: September 25, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 25, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Cottrell@RLF.com

I hereby certify that on September 25, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bgenderson@wc.com
aperlman@wc.com
amaurer@wc.com
dberl@wc.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com