# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>  v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br><br>  Defendants and Counterclaimants. | Civil Action No. 04-179 (SLR) |

## [PROPOSED] FINAL JUDGMENT ORDER

The Court having conducted a trial in the above-referenced matter and having reviewed the parties' post-trial briefs and heard oral argument, hereby enters judgment in the above-referenced matter as follows:

1. The moxifloxacin hydrochloride tablet product of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.'s (collectively, "Reddy") Abbreviated New Drug Application ("ANDA") No. 76-938 infringes each of claims 1, 2, 8, and 9 of U.S. Patent No. 4,990,517 ("the '517 patent") and each of claims 1, 2, 3, and 4 of U.S. Patent 5,607,942 ("the '942 patent"). The bulk active pharmaceutical ingredient of Reddy's DMF 16999 infringes each of claims 1 and 2 of the '517 patent and each of claims 1, 2, 3 and 4 of the '942 patent. The use of the moxifloxacin hydrochloride tablet product of Reddy's ANDA No. 76-938 when used in accord with any label submitted now or in the future in Reddy's ANDA 76-938 infringes each of claims 1, 2, 8, 9, and 11 of the '517 patent and each of claims 1, 2, 3, 4, 5, and 7 of the '942 patent.

2. The claims of the '517 patent and the '942 patent are not invalid.

3. The '517 patent and the '942 patent are not unenforceable.

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any Food and Drug Administration approval of Reddy's ANDA No. 76-938 shall be a date not earlier than March 4, 2014, the later of the expiration dates of the '517 patent and the '942 patent.

5. Pursuant to 35 U.S.C. § 271(e)(4)(B), Reddy, their officers, agents, attorneys and employees, and those acting in privity or concert with any of them, are hereby enjoined from engaging in the commercial manufacture, use, offer to sell, or sale with the United States, or importation into the United States, of moxifloxacin hydrochloride or any drug product containing moxifloxacin hydrochloride or any compound or drug product within the scope of claim 1 or 2 of the '942 patent on or before March 4, 2014, the later of the expiration dates of the '517 patent and the '942 patent.

6. Judgment is hereby entered in favor of Plaintiffs and against Defendants on Plaintiffs' claims of infringement of the '517 patent and the '942 patent.

7. Judgment is hereby entered in favor of Plaintiffs and against Defendants on Defendants' counterclaims that the claims of the '517 patent and the '942 patent are invalid and unenforceable.

8. Plaintiffs are hereby awarded their costs in this action.


SO ORDERED this _____ day of _____, 200_


_____
Sue L. Robinson
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> David E. Moore
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19801

I hereby certify that on October 6, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

> Louis H. Weinstein
> Frank D. Rodriguez
> David J. Novak
> A. Michael Covino
> Budd Larner, PC
> 150 John F. Kennedy Parkway
> Short Hills, NJ 07078-2703

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
GAZA@rlf.com