# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants and Counterclaimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-179 (SLR) |

## NOTICE OF TRIAL TRANSCRIPT ERRATA

Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corp. hereby note the following errors in the trial transcript for the reasons indicated:

1. Page No. 140, Line No. 16
   Change "wasn't" to "was"
   Reason for change: transcription error

2. Page No. 140, Line No. 17
   Change "wasn't" to "was an"
   Reason for change: transcription error

3. Page No. 196, Line No. 18
   Change "completely" to "completely different"
   Reason for change: transcription error

4. Page No. 264, Line No. 4
   Change "I make predictions" to "I make no predictions"
   Reason for Change: transcription error

5. Page No. 279, Line No. 17
   Change "very important," to "not very important"
   Reason for Change: transcription error

6. Page No. 282, Line No. 18
   Change "clinical" to "pre-clinical"
   Reason for Change: transcription error

7. Page No. 299, Line No. 8
   Change "very much interest" to "not very much interest"
   Reason for Change: transcription error

8. Page No. 535, Line No. 10
   Change "I think so." to "I don't think so."
   Reason for Change: transcription error