

**Potter
Anderson
Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 16, 2006

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

  Re: **Bayer AG, et al. v. Dr. Reddy's Laboratories, Ltd., et al.
    C. A. No. 04-0179-SLR**

Dear Chief Judge Robinson:

  As counsel for the Reddy Defendants, we feel compelled to communicate our objection to the Bayer Plaintiffs' recently-filed "Notice of Trial Transcript Errata." See D.I. 134, Ex. A. Not only is the Notice late -- Opening Post Trial Briefs were filed on October 6, 2006 and the Notice was filed with the Bayer Plaintiffs' Responsive Post Trial Brief in November 8, 2006 -- but it is also a self-serving unilateral attempt by the Bayer Plaintiffs to alter the official case record outside of the errata that were agreed to by the parties following lengthy negotiations prior to the filing of Opening Briefs. As such, Dr. Reddy's respectfully submits that the Notice is improper and it should not be accepted or considered.

            Respectfully,

            /s/ *David E. Moore*

            David E. Moore

762388
cc: Clerk of the Court (via hand delivery)
   Frederick L. Cottrell, III, Esquire (via hand delivery)
   Bruce R. Genderson, Esquire (via electronic mail)
   Louis H. Weinstein, Esquire (via electronic mail)