IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim Defendants,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,<br>　　　　Defendants<br>　　　　and Counterclaimants. | Civil Action No. 04-179 (SLR) |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to Local Rule 7.1.2(c), Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation (collectively "Bayer") bring to the Court's attention the Federal Circuit's June 28, 2007 decision in *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, -- F.3d --, 2007 U.S. App. LEXIS 15349. At pages *11-32 (in particular at *11-23) of the decision, the Federal Circuit affirms the portions of the district court's opinion especially relevant to the case at bar, *Takeda Chem. Indus., Ltd. v. Mylan Labs.*, 417 F. Supp. 2d 341 (S.D.N.Y. 2006), cited in Bayer's opening post-trial brief at 55 and Bayer's responsive post-trial brief at 4.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Frederick L. Cottrell, III (#2555)
　　　　　　　　　　　　　　　　　　　　　　cottrell@rlf.com
　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Moyer (#3309)
OF COUNSEL:　　　　　　　　　　　　　　　　moyer@rlf.com
　　　　　　　　　　　　　　　　　　　　　　Anne Shea Gaza (#4093)
Bruce R. Genderson　　　　　　　　　　　　　gaza@rlf.com
Adam L. Perlman　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
Aaron P. Maurer　　　　　　　　　　　　　　One Rodney Square
David I. Berl　　　　　　　　　　　　　　　　920 North King Street
Dov P. Grossman　　　　　　　　　　　　　　Wilmington, Delaware 19801
Williams & Connolly LLP　　　　　　　　　　(302) 651-7700
725 Twelfth Street, NW　　　　　　　　　　　*Attorneys for Plaintiffs*
Washington, DC 20005
(202) 434-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> David E. Moore
> Kathleen F. McDonough
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801

I hereby certify that on July 5, 2007, I sent by Federal Express the foregoing document to the following non-registered participants:

> Louis H. Weinstein
> Maurice Ross
> Budd Larner, PC
> 150 John F. Kennedy Parkway
> Short Hills, NJ  07078-2703

_____
Jeffrey L. Moyer (#3309)

RLF1-3174738-1