# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

July 26, 2007

**VIA ECF**

The Honorable Sue L. Robinson
United States District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Bayer AG, et al. v. Dr. Reddy's Laboratories, Ltd., et al.,
No. 04-0179 (D. Del.)**

Dear Judge Robinson:

We write on behalf of Plaintiffs Bayer AG, Bayer HealthCare AG, and Bayer Pharmaceuticals Corporation (collectively "Bayer") in response to the Reddy Defendants' July 24, 2007 letter regarding the decision in *In re Metoprolol Succinate Patent Litigation*, No. 2006-1254 (Fed. Cir. July 23, 2007). D.I. 140.

Despite the suggestion in Reddy's letter, *Metoprolol* does not support Reddy's theory that there exists a third kind of double patenting—which Reddy refers to as "*Schneller*-type" double patenting—that applies whenever "the invention of the second patent is fully disclosed in, and fully covered by the claims of, an earlier patent." D.I. 140 at 1.

To the contrary, *Metoprolol* supports the position set forth in Bayer's post-trial brief that there are only two kinds of double patenting: (1) statutory double patenting under 35 U.S.C. 101, and (2) the judicially created doctrine of non-statutory double patenting (sometimes referred to as "obviousness-type" double-patenting). *See* slip op. at 12-13; *see also* D.I. 133 at 82-84. Indeed, the discussion of *Schneller* in *Metoprolol* was in the context of reviewing the district court's ruling on "obvious-type double patenting," where the pertinent inquiry is whether a later claim is "patentably distinct" from an earlier claim. Slip op. at 7-8. In that discussion, *Metoprolol* re-affirmed that "[a] later claim is not patentably distinct from an earlier patent claim if the later claim is obvious over, or anticipated by, the earlier claim." Slip op. at 8 (quoting *Eli Lilly & Co. v. Barr Labs., Inc.*, 251 F.3d 955, 968 (Fed. Cir. 2001)); *see also* D.I. 133 at 74-75.

RLF1-3182464-1

The Honorable Sue L. Robinson
July 26, 2007
Page 2

    We thank the Court for its consideration of this matter.

              Respectfully,

              */s/ Anne Shea Gaza*
              Anne Shea Gaza (#4093)

cc: Counsel of Record