IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC.,<br><br>       Defendants.<br><br>DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC.,<br><br>       Counterclaim Plaintiffs,<br><br>    v.<br><br>BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION,<br><br>       Counterclaim Defendants. | Civ. No. 04-179-SLR |

## ORDER

At Wilmington this 25th day of October, 2007, consistent with the opinion issued this same date;

IT IS ORDERED that:

1. The effective date of any approval of Reddy's ANDA will be no earlier than March 4, 2014.

2. Reddy shall not manufacture, use, offer for sale, or sell within the United States, or import into the United States, moxifloxacin hydrochloride or any compound or drug product within the scope of claim 1 or 2 of the '942 patent, prior to March 5, 2014.

3. On or before November 23, 2007, the parties shall submit a joint proposed order of judgment for the court's signature.

                                                                       _/s/ Sue L. Robinson_
                                                                  United States District Judge