REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-0179 | 03/24/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Bayer AG | Dr. Reddy's Lab.Ltd. |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4,990,517 | 02/05/91 | Bayer AG |
| 2  5,607,942 | 03/04/97 | Bayer AG |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*Case closed by Final Judgment Order 11/28/07*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | *[signature]* | ~~03/24/04~~ 12/3/07 |