IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER AG, BAYER HEALTHCARE AG, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants and Counterclaimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-179 (SLR) |

## FINAL JUDGMENT ORDER

The Court, having conducted a trial in the above-referenced matter and having issued its Opinion on October 25, 2007, hereby enters judgment in the above-referenced matter as follows:

1. The moxifloxacin hydrochloride tablet product of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.'s (collectively, "Reddy") Abbreviated New Drug Application ("ANDA") No. 76-938 infringes each of claims 1, 2, 8, and 9 of U.S. Patent No. 4,990,517 ("the '517 patent") and each of claims 1, 2, 3, and 4 of U.S. Patent 5,607,942 ("the '942 patent"). The bulk active pharmaceutical ingredient of Reddy's DMF 16999 infringes each of claims 1 and 2 of the '517 patent and each of claims 1, 2, 3 and 4 of the '942 patent. The use of the moxifloxacin hydrochloride tablet product of Reddy's ANDA No. 76-938 when used in accord with any label submitted now or in the future in Reddy's ANDA 76-938 infringes each of claims 1, 2, 8, 9, and 11 of the '517 patent and each of claims 1, 2, 3, 4, 5, and 7 of the '942 patent ("the Asserted Claims").

2. The Asserted Claims of the '517 and '942 patents are not invalid.

3. The '517 patent and the '942 patent are not unenforceable.

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any Food and Drug Administration approval of Reddy's ANDA No. 76-938 shall be no earlier than March 4, 2014.

5. Pursuant to 35 U.S.C. § 271(e)(4)(B), Reddy, their officers, agents, attorneys and employees, and those acting in privity or concert with any of them, are hereby enjoined from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of moxifloxacin hydrochloride or any drug product containing moxifloxacin hydrochloride or any other compound or drug product within the scope of claims 1 or 2 of the '942 patent prior to March 5, 2014, except as provided in 35 U.S.C. § 271(e)(1).

6. Judgment is hereby entered in favor of Plaintiffs and against Defendants on Plaintiffs' claims of infringement of the Asserted Claims.

7. Judgment is hereby entered in favor of Plaintiffs and against Defendants on Defendants' counterclaims that the Asserted Claims are invalid and that the '517 and '942 patents are unenforceable.

SO ORDERED this 20th day of November, 2007

_____
Sue L. Robinson
United States District Judge

2