IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BAYER AG, BAYER HEALTHCARE )
AG, and BAYER PHARMACEUTICALS )
CORPORATION )
                            )
        Plaintiffs, )
                            )
      v. ) Civ. No. 04-179-SLR
                            )
DR. REDDY'S LABORATORIES, LTD., )
and DR. REDDY'S LABORATORIES, )
INC., )
                            )
        Defendants. )

## RETURN OF TRIAL EXHIBITS

        The Clerk of Court hereby returns plaintiffs' trial exhibits, as listed on the

attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Frederick Cottrell III, Esq.

of Richards, Layton & Finger

Date: 8/22/08

Returned by: _____, Deputy Clerk